UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X          20-cv-7255
ABBY CHAMPION, ALANNA ARRINGTON, AMBAR
CRISTAL ZARZUELA MONTERO, ANNA
CLEVELAND, ANOK YAI, BLANCA PADILLA,
BRIONKA HALBERT, BROOKE ROBINSON,
CALLUM STODDART, CARA TAYLOR, CLAIRE
DELOZIER, CYNTHIA ARREBOLA, DAMIEN
MEDINA, DYLAN CHRISTENSEN, EMILY REBECCA
HILL p/k/a EMI RED, ENIOLA ABIORO, GEORGINA
GRENVILLE, GRACE ELIZABETH HARRY CABE
p/k/a GRACE ELIZABETH, GRACE HARTZEL,
HIANDRA MARTINEZ, JAL BUI, JOÃO KNORR,
KRISTIN LILJA SIGURDARDOTTIR p/k/a KRISTIN
LILJA, LEONA WALTON p/k/a BINX WALTON,
LINEISY MONTERO, LUCIA LOPEZ AYERDI p/k/a
LUCIA LOPEZ, LUISANA GONZALEZ, MANUELA
MILOQUI p/k/a MANU MILOQUI, MARIA VITORIA
SILVA DE OLIVEIRA p/k/a MARIA VITORIA,
MARIAM URUSHADZE p/k/a MARISHA
URUSHADZE, MAUD HOEVELAKEN, MAYA GUNN,
MYRTHE BOLT, RACHELLE HARRIS, ROCIO
MARCONI, SARA EIRUD, SELENA FORREST,
SHUPING LI, TANG HE, UGBAD ABDI p/k/a UGBAD,
VERA VAN ERP, VIKTORIIA PAVLOVA p/k/a
ODETTE PAVLOVA, XIAOQIAN XU,

                    Plaintiffs,

                                                                    **COMPLAINT**


          -Against-
                                                                    **JURY DEMAND**

MODA OPERANDI, INC., ADVANCE PUBLICATIONS,
INC. d/b/a CONDE NAST, ADVANCE MAGAZINE
PUBLISHERS, INC. d/b/a CONDE NAST

                    Defendants,
-----------------------------------------------------------------X
          All plaintiffs, by their attorneys, EDWARD C. GREENBERG, LLC, for their complaint

allege as follows:

                              **THE PARTIES**

1

1.      Plaintiff ABBY CHAMPION ("CHAMPION") is a professional model who resides in Los Angeles California, and works as a professional model in the State and County of New York.

2.      Plaintiff ALANNA ARRINGTON ("ARRINGTON") is a professional model who resides and works as a professional model in the State and County of New York.

3.      Plaintiff AMBAR CRISTAL ZARZUELA MONTERO ("A.C. MONTERO") is a professional model who resides in Bronx, New York, and works as a professional model in the State and County of New York.

4.      Plaintiff ANNA CLEVELAND ("CLEVELAND") is a professional model who resides in Willingboro, New Jersey, and works as a professional model in the State and County of New York.

5.      Plaintiff ANOK YAI ("YAI") is a professional model who resides in Brooklyn, New York, and works as a professional model in the State and County of New York.

6.      Plaintiff BLANCA PADILLA ("PADILLA") is a professional model who resides in Brooklyn, New York, and works as a professional model in the State and County of New York.

7.      Plaintiff BRIONKA HALBERT ("HALBERT") is a professional model who resides in Weston, Florida, and works as a professional model in the State and County of New York.

8.      Plaintiff BROOKE ROBINSON ("ROBINSON") is a professional model who resides in Tigard Oregon, and works as a professional model in the State and County of New York.

9.      Plaintiff CALLUM STODDART ("STODDART") is a professional model who resides in London, England, and works as a professional model in the State and County of New York.

10.     Plaintiff CARA TAYLOR ("TAYLOR") is a professional model who resides in Brooklyn, New York, and works as a professional model in the State and County of New York.

11.     Plaintiff CLAIRE DELOZIER ("DELOZIER") is a professional model who resides in Orlando, Florida, and works as a professional model in the State and County of New York.

12.     Plaintiff CYNTHIA ARREBOLA ("ARREBOLA") is a professional model who resides in London, England, and works as a professional model in the State and County of New York.

13.     Plaintiff DAMIEN MEDINA ("MEDINA") is a professional model who resides and works as a professional model in the State and County of New York.

14.     Plaintiff DYLAN CHRISTENSEN ("CHRISTENSEN") is a professional model who resides in Freeport, New York, and works as a professional model in the State and County of New York.

15.     Plaintiff EMILY REBECCA HILL p/k/a EMI RED ("HILL") is a professional model who resides in Athens, Alabama, and works as a professional model in the State and County of New York.

16.     Plaintiff ENIOLA ABIORO ("ABIORO") is a professional model who resides in Brooklyn, New York, and works as a professional model in the State and County of New York.

17.     Plaintiff GEORGINA GRENVILLE ("GRENVILLE") is a professional model who resides in the United Kingdom, and works as a professional model in the State and County of New York.

18.     Plaintiff GRACE ELIZABETH HARRY CABE p/k/a GRACE ELIZABETH ("CABE") is a professional model who resides and works as a professional model in the State and County of New York.

19.    Plaintiff GRACE HARTZEL ("HARTZEL)" is a professional model who resides and works as a professional model in the State and County of New York.

20.    Plaintiff HIANDRA MARTINEZ ("MARTINEZ") is a professional model who resides in West New York, New Jersey, and works as a professional model in the State and County of New York.

21.    Plaintiff JAL BUI ("BUI") is a professional model who resides in Seattle, Washington, and works as a professional model in the State and County of New York.

22.    Plaintiff JOÃOKNORR ("KNORR") is a professional model who resides in both Brazil and Brooklyn, New York, and works as a professional model in the State and County of New York.

23.    Plaintiff KRISTIN LILJA SIGURDARDOTTIR p/k/a KRISTIN LILJA ("SIGURDARDOTTIR") is a professional model who resides in Iceland, and works as a professional model in the State and County of New York.

24.    Plaintiff LEONA WALTON p/k/a/ BINX WALTON ("WALTON") is a professional model who resides in Brooklyn, New York, and works as a professional model in the State and County of New York.

25.    Plaintiff LINEISY MONTERO ("L. MONTERO") is a professional model who resides and works as a professional model in the State and County of New York.

26.    Plaintiff LUCIA LOPEZ AYERDI p/k/a LUCIA LOPEZ ("AYERDI") is a professional model who resides in Madrid, Spain, and works as a professional model in the State and County of New York.

27.    Plaintiff LUISANA GONZALEZ ("GONZALEZ") is a professional model who resides and works as a professional model in the State and County of New York.

28.     Plaintiff MANUELA MILOQUI p/k/a MANU MILOQUI ("MILOQUI") is a professional model who resides in Argentina, and works as a professional model in the State and County of New York.

29.     Plaintiff MARIA VITORIA SILVA DE OLIVEIRA p/k/a MARIA VITORIA ("OLIVEIRA") is a professional model who resides in Brazil, and works as a professional model in the State and County of New York.

30.     Plaintiff MARIAM URUSHADZE p/k/a MARISHA URUSHADZE ("URUSHADZE") is a professional model who resides in Tbilisi in the country of Georgia, and works as a professional model in the State and County of New York.

31.     Plaintiff MAUD HOEVELAKEN ("HOEVELAKEN") is a professional model who resides in the Netherlands, and works as a professional model in the State and County of New York.

32.     Plaintiff MAYA GUNN ("GUNN") is a professional model who resides in London, England, and works as a professional model in the State and County of New York.

33.     Plaintiff MYRTHE BOLT ("BOLT") is a professional model who resides in the Netherlands, and works as a professional model in the State and County of New York.

34.     Plaintiff RACHELLE HARRIS ("HARRIS") is a professional model who resides in Canada, and works as a professional model in the State and County of New York.

35.     Plaintiff ROCIO MARCONI ("MARCONI") is a professional model who resides in Germany, and works as a professional model in the State and County of New York.

36.     Plaintiff SARA EIRUD ("EIRUD") is a professional model who resides in Sweden, and works as a professional model in the State and County of New York.

37.     Plaintiff SELENA FORREST ("FORREST") is a professional model who resides in Long Beach, California, and works as a professional model in the State and County of New York.

38.     Plaintiff SHUPING LI ("LI") is a professional model who resides in China, and works as a professional model in the State and County of New York.

39.     Plaintiff TANG HE ("HE") is a professional model who resides in China, and works as a professional model in the State and County of New York.

40.     Plaintiff UGBAD ABDI p/k/a UGBAD ("ABDI") is a professional model who resides and works as a professional model in the State and County of New York.

41.     Plaintiff VERA VAN ERP ("VAN ERP") is a professional model who resides and works as a professional model in the State and County of New York.

42.     Plaintiff VIKTORIIA PAVLOVA p/k/a ODETTE PAVLOVA ("PAVLOVA") is a professional model who resides and works as a professional model in the State and County of New York.

43.     Plaintiff XIAOQIAN XU ("XU") is a professional model who resides in China and works as a professional model in the State and County of New York.

44.     That defendant MODA OPERANDI, INC. (hereinafter "MODA") is a foreign business corporation, duly organized and existing under the laws of the State of Delaware, and is authorized to and does regularly do business in the State and County of New York.

45.     That defendant ADVANCE PUBLICATIONS, INC. d/b/a CONDE NAST is a foreign business corporation, duly organized and existing under the laws of the State of Delaware, and is authorized to and does regularly do business in the State and County of New York.

46.     That defendant ADVANCE MAGAZINE PUBLISHERS, INC. d/b/a CONDE NAST is a foreign business corporation, duly organized and existing under the laws of the State of Delaware, and is authorized to and does regularly do business in the State and County of New York.

## JURISDICTION

47.     Jurisdiction is conferred upon this Court by 15 U.S.C. §1121(a).

48.     Venue is proper in this District pursuant to 28 U.S.C. §1391(b)(2), in that a substantial part of the events or omissions giving rise to the claims asserted herein, inclusive of those relevant to claims under the New York Civil Rights Law § 50, 51, occurred in this State and this District.

49.     Venue is further proper in this District pursuant to 28 U.S.C. §1391(b)(1) as defendant does business in the county and State of New York.

## FACTS RELEVANT TO ALL CLAIMS

50.     Each of Plaintiffs is represented by the model management company, Next Management, LLC, which is located in the city, state and county of New York.

51.     All of Plaintiffs' careers are centered in the city and State of New York.

52.     Each of the Plaintiffs is well known in and to (at least) the modeling industry, and her image, identity and persona identity have been exposed and are known to the general public.

53.     CHAMPION is a high earning fashion and commercial model.

54.     CHAMPION has modeled for and been associated with brands such as Zara, Ports 1961, Calvin Klein, and Victoria Secret.

55.     CHAMPION'S name and image have been included in publications, among others, such as American Vogue, Vogue Paris, and The Wall Street Journal.

56.     CHAMPION graced the cover of Vogue Ukraine's January 2020 issue.

57.     For the 2020 Fall/Winter fashion show season, CHAMPION walked in over 25 shows for designers including without limitation Oscar de la Renta, Michael Kors, Proenza Schouler and Bottega Veneta.

58.     CHAMPION has been ranked by Models.com as one of the Top 50 models in the industry.

59.     Models.com is a modeling industry leader and one of the most influential fashion news sites, database, and creative resource in the fashion industry.

60.     CHAMPION has one of the top ranked Instagram accounts in the world among models of all time, coming in at #235 with over 300,000 Instagram followers.

61.     ARRINGTON is well known in and to the fashion and modeling industries, and her image, identity and persona have been exposed and are known to the general public.

62.     ARRINGTON is widely recognized as a supermodel and a Victoria's Secret model.

63.     ARRINGTON has worked with some of the heaviest names in the fashion and modeling industry, including: Dan Jackson, Gregory Harris, Oliver Hadlee Pearch, Gilles Bensimon and Patrick Demarchelier.

64.     ARRINGTON has been featured on the covers of the Harper's Bazaar, 10 Magazine, Wonderland, Maxim, Elle UK, and Harper's Bazaar UK.

65.     ARRINGTON'S name and image have been included in publications, among others, such as American Vogue, British Vogue, ELLE, Glamour, i-D Magazine, Interview, Numéro, Pop Magazine, Vogue Arabia, Vogue España, Vogue Germany, Vogue Japan, Vogue Mexico, and Vogue Russia.

66.     ARRINGTON has modeled for and been associated with brands such as Victoria's Secret, Calvin Klein and H&M.

67.     ARRINGTON'S image and identity have been exposed to the general public on television via at least the Victoria's Secret Fashion Show for three consecutive years.

68.     ARRINGTON has secured a position on Models.com's "Money Girls" rankings under the "High Earners" category.

69.     Other models currently ranked in the "High Earners" category of the "Money Girls" list include Amanda Murphy, Bella Hadid, HARTZEL, Hailey Bieber, and Kendall Jenner.

70.     A.C. MONTERO is a high fashion model.

71.     A.C. MONTERO's debut in the modeling industry was opening the runway show for Louis Vuitton.

72.     A.C. MONTERO has been featured on magazine covers for Vogue Italia, Vogue Latam, Porter Edit, and the New York Times Style Magazine.

73.     A.C. MONTERO has modeled for and been associated with brands such as Louis Vuitton, Zara, Chanel, Dior, Michael Kors, Oscar de la Renta, and Versace.

74.     A.C. MONTERO has worked with top photographers including Collier Schorr, Craig McDean and Willy Vanderperre.

75.     CLEVELAND is a high-fashion runway model.

76.     CLEVELAND works internationally and recently starred in Jean Paul Gaultier's Freak Show at the world famous Folies Bergère music hall in Paris, France.

77.     CLEVELAND's name and image have been included in publications, among others, such as Vogue, L'Officiel, Elle, Harpers Bazaar, and Interview magazine.

78.     CLEVELAND has been featured on over two dozen magazine covers.

79.     CLEVELAND has modeled for and been associated with brands such as Moschino, Marc Jacobs, Vionnet, Bottega Veneta and Lanvin.

80.     CLEVELAND is a legacy in the modeling industry as the daughter of Pat Cleveland.

81.     Pat Cleveland, also known as Patricia Cleveland, is an American fashion model, known for being one of the first African-American models in the fashion industry to achieve prominence as a runway and print model.

9

82.     CLEVELAND has been named on Models.com's "Hot List" and "Top 50" model list.

83.     YAI has modeled for and been associated with brands such as Tiffany & Company, Prada, Versace, Dior, Givenchy, Fendi, Chanel, Alexander McQueen, Marc Jacobs and Tom Ford.

84.     YAI is a contract model for Fortune 500 beauty brand, Estee Lauder.

85.     YAI's has been featured on the covers of, and her name and image have been included in publications, among others, such as American Vogue, Vogue Korea, Vogue Italy, Vogue Japan, Vogue Brazil, Vogue Germany and Vogue Netherlands.

86.     YAI has worked with top photographers including but not limited to Nick Knight, Tyler Mitchell, Willy Vanderperre and Steven Meisel.

87.     YAI is currently ranked by Models.com as one of the Top 50 models in the world.

88.     YAI has one of the top ranked Instagram accounts in the world among models of all time, coming in at #192 with over 450,000 Instagram followers.

89.     YAI has been ranked by Models.com as on the "Trending" list.

90.     Other models on Models.com's "Trending" list include but are not limited to Dua Lipa, Cindy Crawford, Bella Hadid, HARTZEL, and WALTON.

91.     PADILLA has modeled for and been associated with brands such as Givenchy, Cartier, Dolce & Gabanna, Elie Saab, Aritzia, and Nautica.

92.     PADILLA has secured a position on Models.com's "Money Girls" rankings under the "Contract Girls" category.

93.     PADILLA has served as the Beauty Ambassador and global face of Givenchy Beauty for three consecutive years.

94.     PADILLA has served as the face of Elie Saab Perfumes' "Le Essentiel" and "Le Parfum Royal" for two consecutive years.

95.    PADILLA has been under contract as the face of Dolce & Gabbana.

96.    Other models currently ranked in the Contract Girls category include Arizona Muse, Behati Prinsloo, Cara Delevingne, Gigi Hadid, CABE, Lily Aldridge and Soo Joo Park.

97.    PADILLA has modeled in runway shows for brands including, without limitation, Dior, Chanel, Givenchy, Valentino, Miu Miu, and Balmain.

98.    PADILLA has been featured on the covers of, and her name and image have been included in publications, among others, such as Vogue, Harper's Bazaar, Esquire, Marie Claire, Cosmopolitan, Glamour, Grazia, Madame, Yo Donna, and Vanidades Magazine.

99.    PADILLA is a high earning fashion and commercial model.

100.    PADILLA is widely known throughout the United States and internationally.

101.    PADILLA has one of the top ranked Instagram accounts in the world among models of all time, coming in at #155 with over 600,000 Instagram followers.

102.    HALBERT is widely recognizable as an edgy runway and print model.

103.    HALBERT has modeled for and been associated with brands such as Brandon Maxwell, Pyer Moss, AREA, and Rolan Mouret.

104.    HALBERT name and image have been included in publications, among others, such as British Vogue and Vogue Japan.

105.    HALBERT was featured on the July 2020 cover of the Sunday Times Style Magazine.

106.    ROBINSON was one of the top ranked newcomers of the spring and summer 2020 runway season.

107.    ROBINSON made her runway debut by opening the spring and summer 2020 Proenza Schouler show in New York.

108.    ROBINSON is featured in Proenza Schouler's 2020 pre-fall lookbook.

109.    ROBINSON has modeled on the runway for and been associated with brands such as JW Anderson, Stella McCartney, Chloe, Loewe, Maison Margiela, Miu Miu, and Alexander McQueen.

110.    ROBINSON's name and image have been included in publications, among others, such as Self-Service Magazine.

111.    STODDART is a 22 year old British top male model who has taken the fashion world by storm.

112.    STODDART has modeled for and been associated with brands such as Dior Homme, Neil Barrett, Bottega Veneta, Helmut Lang, Raf Simons, Calvin Klein, Zara, Hugo Boss, Missoni, Moncler, Michael Kors, H&M, and Pacific Sunwear.

113.    STODDART's has been featured on the cover of and his name and image included in L'Officiel Magazine.

114.    TAYLOR has modeled for and been associated with brands such as Prada, Saint Laurent, Versace, Coach, Tom Ford, Salvatore Ferragamo, Marc Jacobs, Hugo Boss, Christopher Kane, Alberta Ferretti, Max Mara, Isabel Marant, Diane Von Furstenberg, Topshop.

115.    TAYLOR has worked with legendary photographers including Steven Meisel, Willy Vanderperre, Mario Sorrenti, Craig McDean, David Sims, Inez and Vinoodh, Mert and Marcus, Peter Lindberg, Juergen Teller and Zoe Ghertner.

116.    TAYLOR has been featured on the covers of and her name and image have been included in publications, among others, such as Vogue Italia, Vogue China, Vogue Russia, Pop, Chaos, i-D, Self Service, and Sunday Times Style Magazine.

117.    TAYLOR has been ranked by Models.com as one of the "Top 50" models in the world.

118.    TAYLOR has secured a spot on Models.com's "Hot List".

119.    DELOZIER is a seasoned and professional ecommerce and commercial model.

120.    DELOZIER has modeled on the runway for brands such as Burberry, Jil Sander, Nina Ricci, Nicole Miller, Staud, and others.

121.    DELOZIER has modeled for and been associated with brands such as Diane Von Furstenberg, Khaite, and Tory Burch.

122.    DELOZIER's name and image have been included in publications, among others, such as L'Officiel and Mojeh Magazine.

123.    ARREBOLA is currently starring in multiple Versace campaigns.

124.    ARREBOLA has walked for designers such as, among others, Valentino, Tom Ford, Victoria Beckham, Burberry, Alexander McQueen, Versace, Bottega Veneta, Givenchy, and Marc Jacobs.

125.    ARREBOLA's name and image have been included in publications, among others, such as Self Service, Pop Magazine, CR Fashion Book, American Vogue, Vogue Spain.

126.    ARREBOLA was featured on the March 2020 cover of Vogue Mexico.

127.    MEDINA has walked for designers including, without limitation, Private Policy, Nike, N. Hoolywood, Paul Smith, Rick Owens, Paloma Spain,

128.    MEDINA has modeled for, been associated with, and served as the face of Jil Sander for the spring and summer 2020 season.

129.    MEDINA's name and image have been included in publications, among others, such as, the Wall Street Journal, Manifesto, and New York Times Magazine.

130.    CHRISTENSEN is a high level top male model.

131.    CHRISTENSEN was discovered by casting director Ashley Brokow, who casted him for Raf Simon's debut with Calvin Klein.

132.    CHRISTENSEN has modeled for and been associated with brands such as Celine, Saint Laurent, Gucci, Lanvin, Rochas, and Missoni.

133.    CHRISTENSEN has been featured on the covers of, and his name and image have been included in publications, among others, such as Essential Homme, 10+, and Manifesto Magazine.

134.    HILL has modeled in runway shows for designers including without limitation Marc Jacobs, Jonathan Simkhai, Ermanno Scervino, Benetton, and Richard Quin.

135.    HILL name and image have been included in publications, among others, such as Elle Mexico, Elle Russia and Schon Magazine.

136.    HILL has been featured on the cover of Elle Russia Magazine.

137.    ABIORO began her runway career making history as the first Nigerian woman to ever walk for Prada.

138.    ABIORO has modeled for and been associated with brands such as Calvin Klein Jeans, Proenza Schouler, Revlon, Miu Miu, and Urban Outfitters.

139.    ABIORO has been the star of an iconic Calvin Klein Jeans campaign shot by Willy Vanderperre.

140.    ABIORO has starred in multiple campaigns for Miu Miu by Gordon von Steiner alongside Elle Fanning.

141.    ABIORO starred in the spring and summer 2019 campaign for Proenza Schouler as photographed by Ethan James Green.

142.    ABIORO is the newest face of Revlon.

143.    ABIORO's name and image have been included in publications, among others, such as British Vogue, Dazed, Garage, V, Document Journal, The New York Times, and W Magazine.

144.    ABIORO has worked with some of the fashion industry's top photographers including, without limitation, Ethan James Green, Emma Tempest, Nadine Ijewere, Hanna Moon, Tyler Mitchell, Kristin-Lee Moolman, and Jonas Lindstroem.

145.    ABIORO is currently ranked by Models.com on their acclaimed "Hot List".

146.    GRENVILLE is an accomplished supermodel.

147.    GRENVILLE has been modeling for three decades and is widely viewed as a modeling icon.

148.    GRENVILLE has secured a spot on Models.com's "Industry Icons" list under the category "The Establishment".

149.    Other models named on Models.com's "Industry Icons" list under the category "The Establishment" include but are not limited to Allesandra Ambrosio, Carolyn Murphy, Eva Herzigova, Helena Christensen, Isabeli Fontana, Isabella Rossellini, Karolina Kurkova, Kristy Hume, Kristen McMenamy, and Pat Cleveland.

150.    GRENVILLE has modeled for and been associated with brands such as Gucci, Versace, Salvatore Ferragamo, Zara, and Tiffany and Company.

151.    GRENVILLE was Tom Ford's first "Gucci Girl" during the 1990's.

152.    In 2019, GRENVILLE was nominated for "Comeback of the Year" by Models.com.

153.    GRENVILLE has worked with many of the modeling and fashion industry's most legendary photographers, including without limitation, Steven Meisel, who photographed her for three out of her seven international Vogue covers, a Versace campaign and two Tiffany & Company fragrance campaigns.

154.    GRENVILLE was featured on the cover of Grazia France Magazine's February 2020 issue.

155.    In 2020, GRENVILLE walked the runway for designers such as Michael Kors, Off-White, and Rochas.

156.    GRENVILLE has been featured on the cover of and her name and image have been included in publications, among others, such as Vogue, Elle, Grazia, The Seven, S Moda, L'Officiel, Wallpaper, M Le Monde, Marie Claire, Amica, Glass, and The Sunday Times Style Magazine.

157.    CABE is a highly successful supermodel.

158.    CABE is a top earning fashion and commercial model.

159.    CABE is under contract as the face of fortune 500 beauty brand, Estée Lauder.

160.    CABE is a Victoria's Secret model.

161.    CABE has modeled for and been associated with brands such as Victoria's Secret, Chanel, Estee Lauder, Versace, Fendi, Alberta Ferretti, Giuseppe Zanotti, Guess, Carolina Herrera, and Polo Ralph Lauren.

162.    CABE is well-known throughout the United States and internationally and has been featured on at least 38 magazine covers, including without limitation, British Vogue, Vogue Brazil, Vogue China, Vogue Spain, Vogue Germany, Vogue Italy, Vogue Japan, Vogue Korea, Vogue Mexico, Vogue Paris, Vogue Russia and Vogue Turkey.

163.    CABE's name and image have been included in publications, among others, such as Vogue, Harper's Bazaar, V,  Rika, The Daily Front Row, and Elle Magazine.

164.    CABE's image and identity have been exposed to the general public on television via at least the Victoria's Secret Fashion Show.

165.    CABE has worked with some of the fashion industry's top photographers, including without limitation, Steven Meisel and Karl Lagerfeld.

166.    CABE was previously featured on Models.com's "Hot List".

167.    CABE is currently ranked by Models.com as one of the "Top 50" models in the world.

168.    CABE is currently ranked by Models.com as one of the "Money Girls" under the "Contract Girls" category.

169.    CABE has one of the top ranked Instagram accounts in the world among models of all time, coming in at #98 with over 1,100,000 Instagram followers.

170.    HARTZEL is, as of the date of this writing, the face of Yves Saint Laurent's fragrance "Mon Paris".

171.    HARTZEL has starred in several Tom Ford and Saint Laurent campaigns, which were photographed by the respective designers.

172.    HARTZEL has modeled for and been associated with brands such as Tom Ford Saint Laurent, Chanel, Dior, Chloe, Sonia Rykiel, Michael Kors, Calvin Klein, Valentino, Coach, and Hugo Boss.

173.    HARTZEL has been featured on the covers of and her name and image have been included in publications, among others, such as British Vogue, Vogue China, Vogue Japan, Vogue Russia, Vogue Korea, Vogue Turkey, Vogue Thailand, Vogue Mexico, i-D Magazine.

174.    HARTZEL was featured on the cover of the 25th Anniversary issue of Purple Fashion Magazine.

175.    Hartzel has worked with some of the fashion industry's top photographers including without limitation Patrick Demarchelier, Inez & Vinoodh, Glen Luchford, Mario Sorrenti, David Sims, and Steven Meisel.

176.    HARTZEL has been ranked by Models.com as one of the "Top 50" models in the world.

17

177.    HARTZEL previously was ranked by Models.com as on the "Hot List".

178.    HARTZEL has secured a position on Models.com's "Industry Icons" list under the "Next Generation" category.

179.    Other models on Models.com's "Industry Icons" list under the "Next Generation" category include but are not limited to Abbey Lee, Asheley Graham, WALTON, Coco Rocha, Hilary Rhoda, and Irina Shayk.

180.    HARTZEL is currently ranted by Models.com as one of the "Money Girls" under the "High Earners" category.

181.    HARTZEL has been ranked by Models.com as on the "Trending" list.

182.    MARTINEZ is a high-level fashion and commercial model.

183.    MARTINEZ regularly earns high rates with brands such as Michael Kors and Tory Burch.

184.    MARTINEZ has modeled for and been associated with brands such as Valentino, Versace, Givenchy, Ferragamo, Fendi, Proenza Schouler, Oscar de la Renta, Carolina Herrera, Moschino, Saint Laurent, Tom Ford, Marc Jacobs, Chanel, Coach, Michael Kors and Tory Burch.

185.    MARTINEZ has been featured on the covers of and her name and image have been included in publications, among others, such as The New York Times Style Magazine, Vogue Mexico, Vogue Russia, Pop Magazine and Purple Magazine.

186.    MARTINEZ has been ranked by Models.com as being on the "Hot List".

187.    MARTINEZ is currently ranked by Models.com as one of the "Top 50" models in the world.

188.    BUI has modeled on the runway for fashion houses such as Reese Cooper, Rag and Bone, Li Ning, and Bode.

189.    BUI has modeled for and been associated with brands such as Marc Jacobs Beauty.

190.    BUI's name and image have been included in publications, among others, such as Manifesto Magazine and The New York Times Style Magazine.

191.    KNORR is a Brazilian born top-model best known for his bleached blonde hair.

192.    KNORR is currently ranked by Models.com as on the "Hot List"

193.    KNORR has modeled for and been associated with brands such as Versace, Balmain, Jeremy Scott, Tom Ford, Chrome Hearts, and Ralph Lauren.

194.    KNORR has been featured on the covers of and his name and image have been included in publications, among others, such as GQ Style Brazil, Issue South America, Wonderland Magazine, Essential Homme, Man About Town Magazine, Reflex Homme, MMScene, and RollaCoaster Magazine.

195.    KNORR's name and image have been included in publications, among others, such as GQ Portugal, British GQ, and Vogue Homme.

196.    SIGURDARDOTTIR is an Icelandic-born print and editorial model.

197.    SIGURDARDOTTIR has modeled on the runway for brands such as Dior, Christopher Kane, Nike, and Jonathan Simkhai.

198.    SIGURDARDOTTIR's name and image have been included in publications, among others, such as Muse, T, Allure, and Vogue Magazine.

199.    WALTON is a top-tier, high fashion runway model and high earner.

200.    WALTON has been ranked by Models.com as on the "Hot List".

201.    WALTON has been ranked by Models.com as one of the "Top 50" models in the world.

202.    WALTON is currently ranked by Models.com as an "Industry Icon" under the "Next Generation" category.

203.    WALTON has been ranked by Models.com as on the "Trending" list.

204.   WALTON has worked under contract for brands including, without limitation, Nike, Nars, and Coach.

205.   WALTON has modeled for and been associated with brands such as Alexander McQueen, Alexander Wang, Chanel, Coach, Dior, Fendi, Isabel Marant, Marc Jacobs, Prada, Proenza Schouler, Saint Laurent, Salvatore Ferragamo, Tom Ford, and Versace.

206.   WALTON has been featured on at least 26 magazine covers and her name and image have been included in publications, among others, such as Vogue Japan, Vogue Thailand, Vogue Spain, and Vogue Italia, i-D Magazine, WSJ Magazine, The NYT Style Magazine, and POP Magazine.

207.   L. MONTERO is a top-tier, high-fashion model who earns high commercial rates.

208.   L. MONTERO has been ranked by Models.com as on the "Hot List".

209.   L. MONTERO is currently ranked by Models.com as one of the "Top 50" Models in the world.

210.   L. MONTERO has modeled for and been associated with brands such as Chanel, Dior, Prada, Chanel, Alexander McQueen, Calvin Klein, J. Crew, Carolina Hererra, Isabel Marant, Elie Saab, Marc Jacobs, Michael Kors, Oscar de la Renta, Givency, and Valentino.

211.   L. MONTERO has been featured on the covers of at least 16 magazines and her name and image have been included in publications, among others, such as The New York Times Style Magazine, Sunday Times Style Magazine, Vogue Latin America, Vogue Mexico, Vogue Turkey, and i-D Magazine.

212.   L. MONTERO has worked with some of the fashion industry's top photographers including, without limitation, Nick Knight, Willy Vanderperre, and Josh Olins.

213. AYERDI has modeled on the runway for fashion powerhouses including without limitation Saint Laurent, Balmain, Valentino, Dior, Lanvin, Altuzarra, Giambattista Valli, and Hermes.

214. AYERDI has been featured on the covers of and her name and image have been included in publications, among others, such as Vogue Novias Spain, Telva, and Yo Dona Magazine.

215. GONZALEZ has been ranked by Models.com as on the "Hot List".

216. GONZALEZ has modeled for and been associated with brands such as Hermez, Betsey Johnson, and Peter Do.

217. GONZALEZ's name and image have been included in publications, among others, such as American Vogue, Vogue Mexico, Vogue Latin America, Vogue Paris, Vogue Spain, Allure, V Magazine, Elle, and Harper's Bazaar.

218. GONZALEZ has been featured on the covers of L'Officiel Mexico, The Telegraph and Vogue Mexico Magazine.

219. MILOQUI has modeled on the runway for fashion houses such as Prada, Paco Rabanne, Loewe, Dior, Valentio, SAcai, and Coach.

220. MILOQUI has modeled for and been associated with brands such as Prada and Rochas.

221. MILOQUI's name and image have been included in publications, among others, such as Dazed and Confused, Vogue Spain, Vogue Brazil, and British Vogue.

222. MILOQUI has been featured on the covers of magazines such as Harper's Bazaar Japan and Stylist Magazine.

223. OLIVEIRA has modeled on the runway for brands such as Givenchy, Valentino, Ulla Johnson, and Jil Sander.

224.    OLIVEIRA's name and image have been included in publications, among others, such as i-D Italy, Vogue Greece, Manifesto Magazine, Cake, Wallpaper, and Lampoon Magazine.

225.    URUSHADZE has modeled on the runway for fashion houses such as LaQuan Smith, Eckhaus Latta, and Peacebird.

226.    URUSHADZE has modeled for and been associated with brands such as Gucci and Mugler.

227.    URUSHADZE's name and image have been included in publications, among others, such as Allure, Harper's Bazaar, Interview Magazine, Manifesto Magazine, Matches Fashion, 10 Magazine, and V Magazine.

228.    HOEVELAKEN is a top-tier runway model.

229.    HOEVELAKEN has modeled on the runway for fashion houses including, without limitation, Louis Vuitton, Saint Laurent, Versace, Prada, Chanel, among many others.

230.    HOEVELAKEN has modeled for and been associated with brands such as Prada, Louis Vuitton, Saint Laurent, Versace, Chanel, and Dior.

231.    HOEVELAKEN has been featured on the cover of, and her name and image have been included in publications, among others, such as M Le Monde, Twin Magazine, Dust Magazine and Document Journal.

232.    HOEVELAKEN's name and image have been included in publications, among others, such as Vogue Japan, Vogue Paris, Self Service, Pop, and Dazed Magazine.

233.    HOEVELAKEN is currently ranked by Models.com on the "Hot List".

234.    GUNN has modeled on the runway for fashion brands such as Miu Miu, Bottega Venetta, Simone Rocha, Christopher Kane, Emilia Wickstead and more.

235.    GUNN has modeled for and been associated with brands such as Burberry

236.    GUNN name and image have been included in publications, among others, such as Vogue Greece, Dazed China, Heroine, and Matches Fashion Magazine.

237.    BOLT has modeled on the runway for designers, including, without limitation, Miu Miu, Versace, Chanel, Burberry, Off-White, Brandon Maxwell

238.    BOLT made her Victoria's Secret runway debut in November 2018.

239.    BOLT has modeled for and been associated with brands such as Cavalli, Theory, Topshop, Max Mara and Calvin Klein.

240.    BOLT's name and image have been included in publications, among others, such as British Vogue, Vogue Paris, Vogue Spain, Vogue Japan, Self Service, Double Magazine, and The Wall Street Journal.

241.    BOLT has worked for some of the fashion industry's top photographers including Glen Luchford and Ellen von Unwerth.

242.    BOLT has appeared on the covers of L'Officiel, Glamour, Madame Figaro and The Edit Magazine.

243.    BOLT's image and identity have been exposed to the general public on television via at least the Victoria's Secret Fashion Show.

244.    HARRIS has modeled on the runway for prestigious brands such as Sacai, Dior, Chanel, Burberry, Proenza Schouler. Giambattista Valli, Altuzarra, Bottega Veneta, and Nina Ricci.

245.    HARRIS' name and image have been included in publications, among others, such as Dazed Magazine.

246.    MARCONI has modeled on the runway for fashion brands such as Simone Rocha, Alexander Wang, Dior, Ferragamo, Fendi, J.W. Anderson, Hermes, Lanvin, Miu Miu, Sacai, Jonathan Simkhai, Brandon Maxwell, Ulla Johnson, and Jil Sander.

247.    MARCONI has modeled for and been associated with brands such as Levi Jeans.

248.    MARCONI's name and image have been included in publications, among others, such as British Vogue, V Magazine and Vogue Spain.

249.    EIRUD has modeled on the runway for designers such as Prada, Fendi, Saint Laurent, Dior, Givenchy, Valentino, Burbberry, Stella McCartney and Loewe.

250.    EIRUD has modeled for and been associated with brands such as Calvin Klein, JOSEPH, Zara, and Urban Outfitters.

251.    EIRUD has worked with well known photographers including Hugo Comte, Christian MacDonald, Camilla Akrans, Jackie Nickerson, and Richard Burbridge.

252.    EIRUD's name and image have been included in publications, among others, such as Vogue Italia, Vogue China, Vogue Spain, Wall Street Journal, Document Journal, Double Magazine, Numero France, and Self Service.

253.    EIRUD has been featured on the covers of, and her name and image have been included in publications, among others, such as Dust Magazine, Exit Magazine, and 10+ Magazine.

254.    FORREST has been ranked by Models.com on the "Hot List".

255.    FORREST is currently ranked by Models.com as one of the "Top 50" models in the world.

256.    FORREST has modeled for and been associated with brands such as Prada, Dior, Valentino, Saint Laurent, Alexander Wang, Lacoste, Raf Simon's Calvin Klein, Proenza Schouler, Sportmax, HUGO Hugo Boss by Collier Schoor.

257.    FORREST modeled in a Dior Cruise campaign alongside Jennifer Lawrence as shot by Viviane Sassen.

258.    FORREST was personally chosen by the performer known as "Rihanna" to star in a Fenty Beauty campaign.

259.    FORREST was hand-picked by the performer known as "Rihanna" to be featured in i-D Magazine's "Rhianazine" collaboration.

260.    FORREST's name and image have been included in publications, among others, such as American Vogue, Vogue Italia, British Vogue, Vogue Japan, Teen Vogue, and V Magazine.

261.    FORREST has been featured on the covers of and her name and image have been included in publications, among others, such as i-D Magazine, British Vogue, Vogue Japan, T Magazine, AnOther, DAZED, ES Magazine, and Document Journal Magazine.

262.    FORREST has worked with some of the most esteemed photographers in the fashion industry including Craig McDean, Mario Sorrenti, David Sims, Zoe Ghertner, Steven Meisel, Steven Klein, Nick Knight, Juergen Teller, Inez & Vinoodh, Villy Vanderperre, and Alasdair McLellan.

263.    LI debuted her runway career by walking for the prestigious J.W. Anderson in London.

264.    LI has modeled on the runway for fashion houses such as Giambattista Valli, Ralph & Russo, Philosophy di Lorenzo, Prada, Sportmax, and others.

265.    LI has modeled for and been associated with brands such as Dior, Prada, and Zara.

266.    LI's name and image have been included in publications, among others, such as Vogue China.

267.    HE debuted her runway career on the Dior Spring 2018 Haute Couture catwalk.

268.    HE is currently ranked by Models.com as on the "Hot List".

269. HE has modeled for and been associated with brands such as Prada, Valentino, Marc Jacobs, and Miu Miu.

270. HE's name and image have been included in publications, among others, such as Vogue China, Wallpaper China, Numero China, and Prestige Magazine.

271. ABDI has been ranked by Models.com on the "Hot List".

272. ABDI is currently ranked by Models.com as one of the "Top 50" models in the world.

273. ABDI was chosen as the runner-up for both the industry vote and the readers' choice vote for Models.com's 2019 "Model of the Year" under the "Breakout Star: Women" category.

274. ABDI is well known for her beauty as a model.

275. ABDI is well known for upholding her religious beliefs, including the wearing of a hijab even while modeling.

276. ABDI has modeled for and been associated with brands such as Burberry, Fendi, Givenchy, Marc Jacobs, Michael Kors, Valentino, Etro, Oscar de la Renta, and Zara.

277. ABDI has worked with photographers including Peter Lindbergh, Tyler Mitchell, David Sims, Oliver Hadlee Pearch, Luigi and Lango, and Jackie Nickerson.

278. VAN ERP has modeled for and been associated with brands such as Celine, Gucci, Christopher Kane, David Koma, Chalayan, Nina Ricci, and Diane Von Furstenburg.

279. VAN ERP starred in Gucci's campaign for Gucci's "Guilty" Fragrance.

280. VAN ERP's name and image have been included in publications, among others, such as Vogue Netherlands, Vogue Paris, Vogue Poland, Vogue Ukraine, Wonderland Magazine, Elle France, Elle Italia, and Elle Japan.

281.    VAN ERP has been featured on the covers of and her name and image have been included in publications, among others, such as The Sunday Times Style Magazine, Elle Italia, Glamour France, and Vouge Nederlands.

282.    PAVLOVA has been ranked by Models.com as on the "Hot List".

283.    PAVLOVA has been ranked by Models.com as one of the "Top 50" Models in the world.

284.    PAVLOVA is one-half of the sensational "Pavlova twin duo" and models by herself, and at times alongside her twin sister.

285.    PAVLOVA walked in more shows than any other model in her debut season.

286.    PAVLOVA has modeled for and been associated with brands such as Chanel, Dries Van Noten, Oscar de la Renta, Max Mara, Mulberry, Roberto Cavalli, Vera Wang, Givenchy, McQ, Simone Rocha and Gucci.

287.    PAVLOVA has worked with photographers including Harley Weir, Steven Meisel, Mert & Marcus, and Tim Walker.

288.    PAVLOVA's name and image have been included in publications, among others, such as Interview Magazine, LOVE Magazine, W Magazine, Vogue Espana, Vogue Germany, Vogue Italia, Vogue Paris.

289.    PAVLOVA has been featured on the covers of and her name and image have been included in publications, among others, such as Vogue Japan, Vogue Russia, L'Officiel Spain, L'Officiel Russia, The New York Times Style Magazine, Elle UK, Elle Russia, Harper's Bazaar Korea, T Magazine, ODDA Magazine, and Exhibition Magazine.

290.    XU has modeled for and been associated with brands such as Missoni, Rick Owens, Chloe, Valentino, Giorgio Armani, Coach, Urban Revivo and ICICLE.

291.    XU's name and image have been included in publications, among others, such as Manifesto Magazine, Another Magazine, and Men's Uno International.

292.    That the notoriety of each of Plaintiffs' images and personas are centered in New York, where plaintiffs have based their modeling careers.

293.    That each of plaintiffs is well-known as a model throughout the United States and in other countries throughout the world.

294.    Each of Plaintiffs' careers, through their respective careers, have derived income from professional modeling, the jobs of which are dependent upon each of their respective name, reputation and physical appearance.

295.    That each of plaintiffs have earned considerable sums in exchange for the use of their image, portrait, likeness or name in connection with the sale or promotion of products or services which plaintiffs elected to associate themselves with on terms and conditions agreeable to them.

296.    That each of Plaintiffs' image, portrait and likeness have been used in connection with the advertising and sale of products in the United States and internationally.

297.    That each of plaintiffs' images have a proven value and selling power.

298.    MODA was founded in 2010 by former VOGUE editor Lauren Santo Domingo.

299.    MODA serves as an online storefront for consumers from various locations to purchase high-fashion designer items that are, inter alia, seen on the runway.

300.    MODA enables its consumers to shop from online trunk shows, whereby consumers can pre-order pieces from a fashion designer's runway show, before selected items hit the stores.

301.    Whereas stores order only selected pieces from a runway show to appear in its stores, MODA offers its consumers items from the entire runway show.

302.    MODA states in its media kit that its "platform curates leading and emerging designers from around the world, bringing the best of their in-season assortment and the entirety of their next season collections to a global audience."

303.    MODA ships to over 125 countries.

304.    According to MODA's media it, MODA is the only place in the world where designers can sell their most creative work – including less commercial and one-of-a-kind pieces—to a global audience who wants to shop them.

305.    Upon information and belief, MODA has over 400 employees across seven offices.

306.    In or around January 2020, MODA raised over $100,000,000 in equity and debt financing in a single round of funding.

307.    Upon information and belief, said equity and debt financing was led by MODA's existing investors New Enterprise Associates, Inc. and the Apax Digital Fund, with additional participation from the Santo Domingo family, Comerica Bank, and TriplePoint Capital, among others.

308.    As of January 31, 2020, MODA had raised a total of at least $345,000,000.

309.    Defendants ADVANCE PUBICATIONS, INC. and ADVANCE MAGAZINE PUBLISHERS, INC. appear to be inextricably intertwined such that it is difficult to determine which entity is acting at which time and so are hereinafter individually and collectively referred to herein as "VOGUE".

310.    VOGUE owns and operates the website vogue.com and the magazine known as "Vogue".

311.    Vogue.com has 12,500,000 unique monthly users, 180,000,000 monthly video views.

312.    Vogue US has over 54,000,000 social media followers.

313.    According to VOGUE's media kit for its United States operations, its readers spend $16,600,000,000 on fashion.

314.    According to VOGUE's media kit for its United States operations, Vogue US reaches 6,800,000 millennials and is the Number 1 fashion publisher on Instagram and YouTube.

315.    According to VOGUE's media kit for its United States operations, "Vogue places fashion in the context of culture and the world we live in—how we dress, live and socialize; what we eat, listen to and watch; who leads and inspires us"

316.    According to VOGUE's media kit for its United States operations, "Vogue immerses itself in fashion, always leading readers to what will happen next… Thought-provoking, relevant and always influential, Vogue defines the culture of fashion".

### THE UNAUTHORIZED USES OF PLAINTIFF'S IMAGE

317.    MODA has used Plaintiff(s)' images broadly on its website, modaoperandi.com, to market, promote, advertise and solicit sales of products sold by MODA.

318.    MODA has used Plaintiff(s)' images to steer traffic to the modaoperandi.com website for its sole economic gain.

319.    At no time did MODA seek or obtain the prior written consent from any of Plaintiff(s) for the complained of uses of their images.

320.    MODA is a sophisticated licensor and licensee of intellectual property and knew that a model release was required to use a person's name or image or likeness for trade, advertising or commercial purposes.

321.    MODA used videos and images of Plaintiff(s) to market, promote and advertise the sale of items from its "trunkshows".

322.    MODA displayed video(s) of Plaintiff(s) walking down the runway.

323.    MODA displayed image(s) of Plaintiff(s) walking down the runway.

324.    MODA displayed image(s) of Plaintiff(s) backstage at a runway show.

325.    MODA has published images of Plaintiff(s) as "looks" for MODA's consumers to replicate by purchasing the items shown to be worn by Plaintiff(s).

326.    MODA has published images of Plaintiff(s) alongside MODA's "Shop Products" listings to bring attention to and entice MODA's consumers to purchase the items shown in the image of Plaintiff(s).

327.    MODA has published images of Plaintiff(s) alongside MODA's "Shop Products" listings to bring attention to and entice MODA's consumers to purchase items on the page.

328.    MODA has published images of Plaintiff(s) to represent the items offered for sale under MODA's "Shop Products" listings.

329.    MODA has published images of Plaintiff(s) in order to market, promote and advertise the sale of specific items sold by MODA.

330.    Plaintiff(s) are professional models who are routinely hired by companies for their modeling services to sell products.

331.    MODA hires models to market and promote its company.

332.    MODA hires models for the creation of images for MODA to publish on its website modaoperandi.com.

333.    MODA has worked with Plaintiff(s)' model management company, Next Model Management, in the past, and knows how to contact Plaintiff(s)' management company to hire Plaintiff(s) for their modeling services.

334.    MODA never sought nor obtained a release from Plaintiff(s) for the uses of Plaintiff(s)' images as complained of herein.

335.    MODA's uses of Plaintiff(s)' images are knowing and pervasive.

336.    VOGUE has used plaintiff(s) images broadly on at least the website vogue.com to market, promote, advertise and solicit sales of products by MODA.

337.    VOGUE has used on or more of Plaintiff(s)' names on at least the website vogue.com in connection with the marketing, promotion, and advertising of the sale of products by MODA.

338.    At no time did VOGUE seek or obtain the prior written consent from any of Plaintiff(s) for the complained of uses of their images or names.

339.    VOGUE is a sophisticated licensor and licensee of intellectual property and knew that a model release was required to use a person's name, image or likeness for trade, advertising or commercial purposes.

340.    VOGUE has worked with Plaintiff(s)' model management company, Next Model Management, in the past, and knows how to contact Plaintiff(s)' management company to hire Plaintiff(s) for their modeling services.

341.    VOGUE has previously hired Plaintiff(s) for their modeling services.

342.    VOGUE never sought nor obtained a release from Plaintiff(s) for the uses of Plaintiff(s)' images as complained of herein.

343.    VOGUE'S uses of Plaintiff(s)' images are knowing and pervasive.

344.    VOGUE has published videos and images of Plaintiff(s) to market, promote, and advertise the sale of items from MODA's "trunkshows".

345.    VOGUE has published images of Plaintiff(s) in its runway gallery(ies) with a red pop-up icon of a shopping bag on the of the images and the text "SHOP THIS LOOK".

346.    Said icon on the Vogue.com website is a hyperlink that when pressed takes the consumer or potential consumer to the specific trunk show for the referenced runway show on the

modaoperandi.com website so that the consumer can purchase the same style items worn by the Plaintiff(s) on the runway.

347.    VOGUE has published on the main page for the specific referenced runway shows on its website, vogue.com, immediately below the first image from and link to the runway image gallery and slideshow, an icon of a shopping bag and the text "BUY ON MODA OPERANDI →".

348.    Said icon on the Vogue.com website is a hyperlink that when pressed takes the consumer or potential consumer to the specific trunk show for the referenced runway show on the modaoperandi.com website so that the consumer can purchase the same style items worn by the Plaintiff(s) on the runway.

349.    The unauthorized uses of Plaintiff(s)' images by VOGUE at issue herein are not editorial in nature, but rather are commercial in nature and for advertising and promotional purposes.

350.    Upon information and belief, VOGUE's rights to use the subject images of Plaintiff(s), if any, were limited to editorial purposes, as they lacked a release by the Plaintiff(s) for commercial or advertising uses.

351.    Plaintiff(s) are readily identifiable in the images of Plaintiff(s)' that are the subject of this action.

352.    Plaintiff(s) are identifiable due to, inter alia, the location, context, and environment in which the subject images were taken.

353.    MODA has published images of CHAMPION on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Gabriela Hearst, Helmut Lang, Khaite, Proenza Schouler, Tory Burch, Zimmerman, Alberta Ferretti, Etro, and Sies Margan (copies of such uses of CHAMPION's image are annexed hereto at Exhibit "1").

354.    VOGUE published images of CHAMPION to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Salvatore Ferragamo, Versace, Gabriela Hearst, Helmut Lang, Khaite, Proenza Schouler, Tory Burch, Zimmerman, Alberta Ferretti, Etro, and Sies Margan (copies of such uses of CHAMPION's image are annexed hereto at Exhibit "1").

355.    MODA has published images of ARRINGTON on at least modaoperandi.com to advertise, market and promote the sale of David Koma brand apparel items (copies of such uses of ARRINGTON's image are annexed hereto at Exhibit "2").

356.    VOGUE published images of ARRINGTON to advertise, market and promote the sale of David Koma brand apparel items, at modaoperandi.com, via advertisements placed on the Vogue.com website (copies of such uses of ARRINGTON's's image are annexed hereto at Exhibit "2").

357.    MODA has published images of A.C. MONTERO on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Alberta Ferreti, Sies Marjan, Versace, Oscar de la Renta, and Michael Kors Collection (copies of such uses of A.C. MONTERO's image are annexed hereto at Exhibit "3").

358.    VOGUE published images of A.C. MONTERO to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Alberta Ferreti, Sies Marjan, Versace, Oscar de la Renta, and Michael Kors Collection (copies of such uses of A.C. MONTERO's image are annexed hereto at Exhibit "3").

359.    MODA has published images of CLEVELAND on at least modaoperandi.com to advertise, market and promote the sale of Mugler brand items (copies of such uses of CLEVELAND's image are annexed hereto at Exhibit "4").

360.    VOGUE published images of CLEVELAND to advertise, market and promote the sale of Mugler brand items, at modaoperandi.com, via advertisements placed on the Vogue.com website (copies of such uses of CLEVELAND's image are annexed hereto at Exhibit "4").

361.    MODA has published images of YAI on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Alberta Ferretti, Etro, Versace, Carolina Herrera, Proenza Schouler, Marc Jacobs, Michael Kors Collection, Tory Burch, Loewe, Poco Robanne, and Valentino (copies of such uses of YAI's image are annexed hereto at Exhibit "5").

362.    VOGUE published images of YAI to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Salvatore Ferragamo, Lanvin, Alberta Ferretti, Etro, Versace, Carolina Herrera, Proenza Schouler, Marc Jacobs, Michael Kors Collection, Tory Burch, Loewe, Poco Robanne, and Valentino (copies of such uses of YAI's image are annexed hereto at Exhibit "5").

363.    MODA has published images of PADILLA on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Oscar de la Renta, Christopher Kane and David Koma (copies of such uses of PADILLA's image are annexed hereto at Exhibit "6").

364.    VOGUE published images of PADILLA to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Agnona, Oscar de la Renta, Christopher Kane and David Koma (copies of such uses of PADILLA's image are annexed hereto at Exhibit "6").

365.    MODA has published images of HALBERT on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Brandon

Maxwell and Khaite (copies of such uses of HALBERT's image are annexed hereto at Exhibit "7").

366.   VOGUE published images of HALBERT to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Brandon Maxwell and Khaite (copies of such uses of HALBERT's image are annexed hereto at Exhibit "7").

367.   MODA has published images of ROBINSON on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Proenza Schouler, JW Anderson and Loewe (copies of such uses of ROBINSON's image are annexed hereto at Exhibit "8").

368.   VOGUE published images of ROBINSON to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Proenza Schouler, JW Anderson and Loewe (copies of such uses of ROBINSON's image are annexed hereto at Exhibit "8").

369.   MODA has published images of STODDART on at least modaoperandi.com to advertise, market and promote the sale of 3.1 Phillip Lim brand apparel items (copies of such uses of STODDART's image are annexed hereto at Exhibit "9").

370.   VOGUE published images of STODDART to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Helmut Lang, Prabal Garung, Michael Kors Collection and 3.1 Phillip Lim (copies of such uses of STODDART's image are annexed hereto at Exhibit "9").

371.   MODA has published images of TAYLOR on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Brandon Maxwell, Proenza Schouler, Michael Kors Collection, Tory Burch, Alberta Ferretti, Etro, Missoni,

Philosophy di Lorenzo Serafini, Salvatore Ferragamo, Loewe, and Isabel Marant (copies of such uses of TAYLOR's image are annexed hereto at Exhibit "10").

372.    VOGUE published images of TAYLOR to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Khaite, Moschino, Brandon Maxwell, Proenza Schouler, Michael Kors Collection, Tory Burch, Alberta Ferretti, Etro, Missoni, Philosophy di Lorenzo Serafini, Salvatore Ferragamo, Loewe, and Isabel Marant (copies of such uses of TAYLOR's image are annexed hereto at Exhibit "10").

373.    MODA has published images of DELOZIER on at least modaoperandi.com to advertise, market and promote the sale of Staud brand apparel items (copies of such uses of DELOZIER's image are annexed hereto at Exhibit "11").

374.    VOGUE published images of DELOZIER to advertise, market and promote the sale of Staud brand items, at modaoperandi.com, via advertisements placed on the Vogue.com website (copies of such uses of DELOZIER's image are annexed hereto at Exhibit "11").

375.    MODA has published images of ARREBOLA on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Carolina Herrera, Gabriela Hearst, Moschino, Versace, Victoria Beckham, and Valentino (copies of such uses of ARREBOLA's image are annexed hereto at Exhibit "12").

376.    VOGUE published images of ARREBOLA to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Salvatore Ferragamo, Carolina Herrera, Gabriela Hearst, Moschino, Versace, Victoria Beckham, and Valentino (copies of such uses of ARREBOLA's image are annexed hereto at Exhibit "12").

377.    MODA has published images of MEDINA on at least modaoperandi.com to advertise, market and promote the sale of 3.1 Phillip Lim brand apparel items (copies of such uses of MEDINA's image are annexed hereto at Exhibit "13").

378.    VOGUE published images of MEDINA to advertise, market and promote the sale of 3.1 Phillip Lim brand items, at modaoperandi.com, via advertisements placed on the Vogue.com website (copies of such uses of MEDINA's image are annexed hereto at Exhibit "13").

379.    MODA has published images of CHRISTENSEN on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Helmut Lang and Michael Kors Collection (copies of such uses of CHRISTENSEN's image are annexed hereto at Exhibit "14").

380.    VOGUE published images of CHRISTENSEN to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Helmut Lang and Michael Kors Collection (copies of such uses of CHRISTENSEN's image are annexed hereto at Exhibit "14").

381.    MODA has published images of HILL on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Marc Jacobs and Richard Quinn (copies of such uses of HILL's image are annexed hereto at Exhibit "15").

382.    VOGUE published images of HILL to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Marc Jacobs and Richard Quinn (copies of such uses of HILL's image are annexed hereto at Exhibit "15").

383.    MODA has published images of ABIORO on at least modaoperandi.com to advertise, market and promote the sale of Brandon Maxwell brand apparel items (copies of such uses of ABIORO's image are annexed hereto at Exhibit "16").

384. VOGUE published images of ABIORO to advertise, market and promote the sale of Brandon Maxwell brand items, at modaoperandi.com, via advertisements placed on the Vogue.com website (copies of such uses of ABIORO's image are annexed hereto at Exhibit "16").

385. MODA has published images of GRENVILLE on at least modaoperandi.com to advertise, market and promote the sale of Off-White c/o Virgil Abloh brand apparel items (copies of such uses of GRENVILLE's image are annexed hereto at Exhibit "17").

386. VOGUE published images of GRENVILLE to advertise, market and promote the sale of Off-White c/o Virgil Abloh brand items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website (copies of such uses of GRENVILLE's image are annexed hereto at Exhibit "17").

387. MODA has published images of CABE on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Alberta Ferretti, Etro, Moschino, Philosophy di Lorenzo Serafini, Brandon Maxwell, Khaite, Zimmerman, Isabel Marant, Off-White c/o Virgil Abloh, and Lanvin (copies of such uses of CABE's image are annexed hereto at Exhibit "18").

388. VOGUE published images of CABE to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Versace, Alberta Ferretti, Etro, Moschino, Philosophy di Lorenzo Serafini, Brandon Maxwell, Khaite, Zimmerman, Isabel Marant, Off-White c/o Virgil Abloh, and Lanvin (copies of such uses of CABE's image are annexed hereto at Exhibit "18").

389. MODA has published images of HARTZEL on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Moschino, Versace, and Marc Jacobs (copies of such uses of HARTZEL's image are annexed hereto at Exhibit "19").

390.    VOGUE published images of HARTZEL to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Moschino, Versace, and Marc Jacobs (copies of such uses of HARTZEL's image are annexed hereto at Exhibit "19").

391.    MODA has published images of MARTINEZ on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Etro, Versace, Carolina Herrera, Gabriela Hearst, Khaite, Oscar de la Renta, Marc Jacobs, Michael Kors Collection, Isabel Marant, Giambattista Valli and Valentino (copies of such uses of MARTINEZ's image are annexed hereto at Exhibit "20").

392.    VOGUE published images of MARTINEZ to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Salvatore Ferragamo, Etro, Versace, Carolina Herrera, Gabriela Hearst, Khaite, Oscar de la Renta, Marc Jacobs, Michael Kors Collection, Isabel Marant, Giambattista Valli and Valentino (copies of such uses of MARTINEZ's image are annexed hereto at Exhibit "20").

393.    MODA has published images of BUI on at least modaoperandi.com to advertise, market and promote the sale of apparel Prabal Garung brand items (copies of such uses of BUI's image are annexed hereto at Exhibit "21").

394.    VOGUE published images of BUI to advertise, market and promote the sale of Prabal Garung brand items, at modaoperandi.com, via advertisements placed on the Vogue.com website (copies of such uses of BUI's image are annexed hereto at Exhibit "21").

395.    MODA has published images of KNORR on at least modaoperandi.com to advertise, market and promote the sale of Prabal Garung brand apparel items (copies of such uses of KNORR's image are annexed hereto at Exhibit "22").

396.    VOGUE published images of KNORR to advertise, market and promote the sale of Prabal Garung brand items, at modaoperandi.com, via advertisements placed on the Vogue.com website (copies of such uses of KNORR's image are annexed hereto at Exhibit "22").

397.    MODA has published images of SIGURDARDOTTIR on at least modaoperandi.com to advertise, market and promote the sale of apparel Agnona brand items (copies of such uses of SIGURDARDOTTIR's image are annexed hereto at Exhibit "23").

398.    VOGUE published images of SIGURDARDOTTIR to advertise, market and promote the sale of Agnona brand items, at modaoperandi.com, via advertisements placed on the Vogue.com website (copies of such uses of SIGURDARDOTTIR's image are annexed hereto at Exhibit "23").

399.    MODA has published images of WALTON on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Proenza Schouler, Marc Jacobs, Michael Kors Collection, Salvatore Ferragamo and Versace (copies of such uses of WALTON's image are annexed hereto at Exhibit "24").

400.    VOGUE published images of WALTON to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Proenza Schouler, Marc Jacobs, Michael Kors Collection, Salvatore Ferragamo and Versace (copies of such uses of WALTON's image are annexed hereto at Exhibit "24").

401.    MODA has published images of L. MONTERO on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Carolina Herrera, Gabriela Hearst, Helmut Lang, Khaite, Oscar de la Renta, Michael Kors, Valentino, and Isabel Marant (copies of such uses of L. MONTERO's image are annexed hereto at Exhibit "25").

402.    VOGUE published images of L. MONTERO to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Marc Jacobs, Carolina Herrera, Gabriela Hearst, Helmut Lang, Khaite, Oscar de la Renta, Michael Kors, Valentino, and Isabel Marant (copies of such uses of L. MONTERO's image are annexed hereto at Exhibit "25").

403.    MODA has published images of AYERDI on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Balmain and Dolce & Gabbana (copies of such uses of AYERDI's image are annexed hereto at Exhibit "26").

404.    VOGUE published images of AYERDI to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Balmain and Dolce & Gabbana (copies of such uses of AYERDI's image are annexed hereto at Exhibit "26").

405.    MODA has published images of GONZALEZ on at least modaoperandi.com to advertise, market and promote the sale of Marc Jacobs brand apparel items (copies of such uses of GONZALEZ's image are annexed hereto at Exhibit "27").

406.    VOGUE published images of GONZALEZ to advertise, market and promote the sale of Marc Jacobs brand items, at modaoperandi.com, via advertisements placed on the Vogue.com website (copies of such uses of GONZALEZ's image are annexed hereto at Exhibit "27").

407.    MODA has published images of MILOQUI on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Ann Demuelmeester and Jil Sander (copies of such uses of MILOQUI's image are annexed hereto at Exhibit "28").

408.    VOGUE published images of MILOQUI to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: 3.1 Phillip Lim, Ann Demuelmeester, and Jil Sander (copies of such uses of MILOQUI's image are annexed hereto at Exhibit "28").

409.    MODA has published images of OLIVEIRA on at least modaoperandi.com to advertise, market and promote the sale of Ulla Johnson brand apparel items (copies of such uses of OLIVEIRA's image are annexed hereto at Exhibit "29").

410.    VOGUE published images of OLIVEIRA to advertise, market and promote the sale of Ulla Johnson brand items, at modaoperandi.com, via advertisements placed on the Vogue.com website (copies of such uses of OLIVEIRA's image are annexed hereto at Exhibit "29").

411.    MODA has published images of URUSHADZE on at least modaoperandi.com to advertise, market and promote the sale of Marc Jacobs brand apparel items (copies of such uses of URUSHADZE's image are annexed hereto at Exhibit "30").

412.    VOGUE published images of URUSHADZE to advertise, market and promote the sale of Marc Jacobs brand items, at modaoperandi.com, via advertisements placed on the Vogue.com website (copies of such uses of URUSHADZE's image are annexed hereto at Exhibit "30").

413.    MODA has published images of HOEVELAKEN on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Carolina Herrera, Gabriela Hearst, Khaite, Proenza Schouler, JW Anderson, Loewe, Paco Robanne, and Valentino (copies of such uses of HOEVELAKEN's image are annexed hereto at Exhibit "31").

414.    VOGUE published images of HOEVELAKEN to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Carolina Herrera, Gabriela Hearst, Khaite, Proenza Schouler, JW Anderson,

Loewe, Paco Robanne, and Valentino (copies of such uses of HOEVELAKEN's image are annexed hereto at Exhibit "31").

415.    MODA has published images of GUNN on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Emilia Wickstead and Christopher Kane (copies of such uses of GUNN's image are annexed hereto at Exhibit "32").

416.    VOGUE published images of GUNN to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Emilia Wickstead and Christopher Kane (copies of such uses of GUNN's image are annexed hereto at Exhibit "32").

417.    MODA has published images of BOLT on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: David Koma and Molly Goddard (copies of such uses of BOLT's image are annexed hereto at Exhibit "33").

418.    VOGUE published images of BOLT to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: David Koma and Molly Goddard (copies of such uses of BOLT's image are annexed hereto at Exhibit "33").

419.    MODA has published images of HARRIS on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Victoria Beckham and The Row (copies of such uses of HARRIS's image are annexed hereto at Exhibit "34").

420.    VOGUE published images of HARRIS to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: JW Andreson, Helmut Lang, Khaite, Proenza Schouler, Victoria Beckham and The Row (copies of such uses of HARRIS's image are annexed hereto at Exhibit "34").

421.    MODA has published images of MARCONI on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: 3.1 Phillip Lim, Gabriela Hearst, Ulla Johnson, Jil Sander and Andrew Gn (copies of such uses of MARCONI's image are annexed hereto at Exhibit "35").

422.    VOGUE published images of MARCONI to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Christopher Kane, JW Anderson, 3.1 Phillip Lim, Gabriela Hearst, Ulla Johnson, Jil Sander and Andrew Gn (copies of such uses of MARCONI's image are annexed hereto at Exhibit "35").

423.    MODA has published images of EIRUD on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Etro, Jil Sander, Molly Goddard, Nº21, Khaite, and The Row (copies of such uses of EIRUD's image are annexed hereto at Exhibit "36").

424.    VOGUE published images of EIRUD to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Agnona, Altuzarra, Etro, Jil Sander, Molly Goddard, Nº21, Khaite, and The Row (copies of such uses of EIRUD's image are annexed hereto at Exhibit "36").

425.    MODA has published images of FORREST on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Michael Kors Collection, Salvatore Ferragamo, Versace, Paco Robanne, Valentino and Lanvin (copies of such uses of FORREST's image are annexed hereto at Exhibit "37").

426.    VOGUE published images of FORREST to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Proenza Schouler, Michael Kors Collection, Salvatore Ferragamo, Versace,

Paco Robanne, Valentino and Lanvin (copies of such uses of FORREST's image are annexed hereto at Exhibit "37").

427.    MODA has published images of LI on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Nº21 and Peter Pilotto (copies of such uses of LI's image are annexed hereto at Exhibit "38").

428.    VOGUE published images of LI to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Nº21 and Peter Pilotto (copies of such uses of LI's image are annexed hereto at Exhibit "38").

429.    MODA has published images of HE on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Carolina Herrera, Michael Kors Collection, Richard Quinn, Sies Marjan, and Versace (copies of such uses of HE's image are annexed hereto at Exhibit "39").

430.    VOGUE published images of HE to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Christopher Kane, JW Anderson, Salvatore Ferragamo, Carolina Herrera, Michael Kors Collection, Richard Quinn, Sies Marjan, and Versace (copies of such uses of HE's image are annexed hereto at Exhibit "39").

431.    MODA has published images of ABDI on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Michael Kors Collection and Lanvin (copies of such uses of ABDI's image are annexed hereto at Exhibit "40").

432.    VOGUE published images of ABDI to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the

Vogue.com website: Michael Kors Collection and Lanvin (copies of such uses of ABDI's image are annexed hereto at Exhibit "40").

433.    MODA has published images of VAN ERP on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: David Koma and Christopher Kane (copies of such uses of VAN ERP's image are annexed hereto at Exhibit "41").

434.    VOGUE published images of VAN ERP to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: David Koma and Christopher Kane (copies of such uses of VAN ERP's image are annexed hereto at Exhibit "41").

435.    MODA has published images of PAVLOVA on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Agnona and Jil Sander (copies of such uses of PAVLOVA's image are annexed hereto at Exhibit "42").

436.    VOGUE published images of PAVLOVA to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Agnona and Jil Sander (copies of such uses of PAVLOVA's image are annexed hereto at Exhibit "42").

437.    MODA has published images of XU on at least modaoperandi.com to advertise, market and promote the sale of apparel items from the following brands: Emilia Wickstead, Missoni and Roksanda (copies of such uses of XU's image are annexed hereto at Exhibit "43").

438.    VOGUE published images of XU to advertise, market and promote the sale of items, at modaoperandi.com, from the following brands, via advertisements placed on the Vogue.com website: Emilia Wickstead, Missoni and Roksanda (copies of such uses of XU's image are annexed hereto at Exhibit "43").

439.    VOGUE employed A.C. MONTERO's, YAI's, WALTON's, STODDART's, TAYLOR's, CHRISTENSEN's, HE's, MARTINEZ', L. MONTERO's, FORREST's, and ABDI's image in connection with the advertising, promotion and marketing of the sale of Michael Kors Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/michael-kors-collection    (see Exhibits "1" through "43").

440.    VOGUE employed CHAMPION's, ARREBOLA's, MARTINEZ', L. MONTERO's, HOEVELAKEN's, and MARCONI's image in connection with the advertising, promotion and marketing of the sale of Gabriela Hearst 2020  Ready To Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/gabriela-hearst (see Exhibits "1" through "43").

441.    VOGUE employed CHAMPION's, STODDART's, CHRISTENSEN's, L. MONTERO's, and HARRIS' image in connection with the advertising, promotion and marketing of the sale of Helmut Lang Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/helmut-lang (see Exhibits "1" through "43").

442.    VOGUE employed CHAMPION's, HALBERT's, TAYLOR's, CABE's, MARTINEZ', L. MONTERO's, HOEVELAKEN's, HARRIS' and EIRUD's image in connection with the advertising, promotion and marketing of the sale of Khaite Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/khaite (see Exhibits "1" through "43").

443.    VOGUE employed CHAMPION's, YAI's, WALTON's, ROBINSON's, TAYLOR's, HOEVELAKEN's, HARRIS' and FORREST's image in connection with the advertising, promotion and marketing of the sale of Proenza Schouler Spring 2020 Ready to Wear

apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/proenza-schouler (see Exhibits "1" through "43").

444.    VOGUE employed CHAMPION's, YAI's and TAYLOR's image in connection with the advertising, promotion and marketing of the sale of Tory Burch Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/tory-burch (see Exhibits "1" through "43").

445.    VOGUE employed CHAMPION's and CABE's image in connection with the advertising, promotion and marketing of the sale of Zimmerman Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/zimmermann (see Exhibits "1" through "43").

446.    VOGUE employed YAI's, ARREBOLA's, HE's, MARTINEZ', L. MONTERO's, and HOEVELAKEN's image in connection with the advertising, promotion and marketing of the sale of Carolina Herrera Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/carolina-herrera (see Exhibits "1" through "43").

447.    VOGUE employed YAI's, WALTON's, HILL's, HARTZEL's, MARTINEZ', L. MONTERO's, GONZALEZ', and URUSHADZE's image in connection with the advertising, promotion and marketing of the sale of Marc Jacobs Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/marc-jacobs (see Exhibits "1" through "43").

448.    VOGUE employed A.C. MONTERO's, PADILLA's, MARTINEZ', and L. MONTERO's image in connection with the advertising, promotion and marketing of the sale of Oscar De La Renta Spring 2020 Ready to Wear apparel and products by MODA including without

limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/oscar-de-la-renta (see Exhibits "1" through "43").

449.    VOGUE employed HALBERT's, TAYLOR's, ABIORO's, and CABE's image in connection with the advertising, promotion and marketing of the sale of Brandon Maxwell Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/brandon-maxwell (see Exhibits "1" through "43").

450.    VOGUE employed STODDART's, MEDINA's, and MILOQUI's image in connection with the advertising, promotion and marketing of the sale of 3.1 Phillip Lim Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/3-1-phillip-lim (see Exhibits "1" through "43").

451.    VOGUE employed STODDART's, BUI's, and KNORR's image in connection with the advertising, promotion and marketing of the sale of Prabal Gurang Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/prabal-gurung (see Exhibits "1" through "43").

452.    VOGUE employed OLIVEIRA's and MARCONI's image in connection with the advertising, promotion and marketing of the sale of Ulla Johnson Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/ulla-johnson (see Exhibits "1" through "43").

453.    VOGUE employed HARRIS' and EIRUD's image in connection with the advertising, promotion and marketing of the sale of The Row Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/row (see Exhibits "1" through "43").

454.    VOGUE employed A.C. MONTERO's and HE's image in connection with the advertising, promotion and marketing of the sale of Sies Marjan Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/sies-marjan (see Exhibits "1" through "43").

455.    VOGUE employed DELOZIER's image in connection with the advertising, promotion and marketing of the sale of Staud Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/staud (see Exhibits "1" through "43").

456.    VOGUE employed MILOQUI's image in connection with the advertising, promotion and marketing of the sale of Ann Demeulemeester Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/ann-demeulemeester (see Exhibits "1" through "43").

457.    VOGUE employed YAI's, ROBINSON's, TAYLOR's, and HOEVELAKEN's image in connection with the advertising, promotion and marketing of the sale of Loewe Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/loewe    (see    Exhibits    "1" through "43").

458.    VOGUE employed HOEVELAKEN's and FORREST's image in connection with the advertising, promotion and marketing of the sale of Paco Robanne Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/paco-rabanne (see Exhibits "1" through "43").

459.    VOGUE employed YAI's, ARREBOLA's, MARTINEZ', L. MONTERO's, HOEVELAKEN's, and FORREST's image in connection with the advertising, promotion and marketing of the sale of Valentino Spring 2020 Ready to Wear apparel and products by MODA

including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/valentino (see Exhibits "1" through "43").

460.    VOGUE employed MARCONI's image in connection with the advertising, promotion and marketing of the sale of Andrew Gn Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/andrew-gn (see Exhibits "1" through "43").

461.    VOGUE employed CLEVELAND's image in connection with the advertising, promotion and marketing of the sale of Mugler Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/mugler (see Exhibits "1" through "43").

462.    VOGUE employed YAI's, CABE's, FORREST's, and ABDI's image in connection with the advertising, promotion and marketing of the sale of Lanvin Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/lanvin (see Exhibits "1" through "43").

463.    VOGUE employed TAYLOR's, CABE's, MARTINEZ', and L. MONTERO's image in connection with the advertising, promotion and marketing of the sale of Isabel Marant Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/isabel-marant (see Exhibits "1" through "43").

464.    VOGUE employed GRENVILLE's and CABE's image in connection with the advertising, promotion and marketing of the sale of Off White Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/off-white (see Exhibits "1" through "43").

465.    VOGUE employed MARTINEZ' image in connection with the advertising, promotion and marketing of the sale of Giambattista Valli Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/giambattista-valli (see Exhibits "1" through "43").

466.    VOGUE employed EIRUD's image in connection with the advertising, promotion and marketing of the sale of Altuzarra Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/altuzarra (see Exhibits "1" through "43").

467.    VOGUE employed AYERDI's image in connection with the advertising, promotion and marketing of the sale of Balmain Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/balmain (see Exhibits "1" through "43").

468.    VOGUE employed HILL's and HE's image in connection with the advertising, promotion and marketing of the sale of Richard Quinn Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/richard-quinn (see Exhibits "1" through "43").

469.    VOGUE employed ARREBOLA's and HARRIS' image in connection with the advertising, promotion and marketing of the sale of Victoria Beckham Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/victoria-beckham (see Exhibits "1" through "43").

470.    VOGUE employed ROBINSON's, HE's, HOEVELAKEN's, and MARCONI's image in connection with the advertising, promotion and marketing of the sale of JW Anderson Spring 2020 Ready to Wear apparel and products by MODA including without limitation at

https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/j-w-anderson (see Exhibits "1" through "43").

471.    VOGUE employed PADILLA's, HE's, GUNN's, MARCONI's, and VAN ERP's image in connection with the advertising, promotion and marketing of the sale of Christopher Kane Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/christopher-kane  (see Exhibits "1" through "43").

472.    VOGUE employed ARRINGTON's, PADILLA's, BOLT's, and VAN ERP's image in connection with the advertising, promotion and marketing of the sale of David Koma Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/david-koma  (see Exhibits "1" through "43").

473.    VOGUE employed GUNN's and XU's image in connection with the advertising, promotion and marketing of the sale of Emilia Wickstead Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/emilia-wickstead (see Exhibits "1" through "43").

474.    VOGUE employed BOLT's and EIRUD's image in connection with the advertising, promotion and marketing of the sale of Molly Goddard Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/molly-goddard (see Exhibits "1" through "43").

475.    VOGUE employed XU's image in connection with the advertising, promotion and marketing of the sale of Roksanda Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/roksanda (see Exhibits "1" through "43").

476. VOGUE employed LI's and EIRUD's image in connection with the advertising, promotion and marketing of the sale of N˚21 Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/no-21 (see Exhibits "1" through "43").

477. VOGUE employed LI's image in connection with the advertising, promotion and marketing of the sale of Peter Pilotto Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/peter-pilotto (see Exhibits "1" through "43").

478. VOGUE employed TAYLOR's, ARREBOLA's, CABE's, and HARTZEL's image in connection with the advertising, promotion and marketing of the sale of Moschino Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/moschino (see Exhibits "1" through "43").

479. VOGUE employed CHAMPION's, YAI's, WALTON's, TAYLOR's, ARREBOLA's, HE's, MARTINEZ', and FORREST's image in connection with the advertising, promotion and marketing of the sale of Salvatore Ferragamo Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/salvatore-ferragamo (see Exhibits "1" through "43").

480. VOGUE employed CHAMPION's, A.C. MONTERO's, YAI's, WALTON's, ARREBOLA's, CABE's, HARTZEL's, HE's, MARTINEZ', and FORREST's image in connection with the advertising, promotion and marketing of the sale of Versace Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/versace (see Exhibits "1" through "43").

481.    VOGUE employed CHAMPION's, YAI's, TAYLOR's, CABE's, MARTINEZ', and EIRUD's image in connection with the advertising, promotion and marketing of the sale of Etro Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/etro (see Exhibits "1" through "43").

482.    VOGUE employed CHAMPION's, A.C. MONTERO's, YAI's, TAYLOR's, and CABE's image in connection with the advertising, promotion and marketing of the sale of Alberta Ferretti Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/alberta-ferretti (see Exhibits "1" through "43").

483.    VOGUE employed MILOQUI's, MARCONI's, EIRUD's, and PAVLOVA's image in connection with the advertising, promotion and marketing of the sale of Jil Sander Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/jil-sander (see Exhibits "1" through "43").

484.    VOGUE employed PADILLA's, SIGURDARDOTTIR's, EIRUD's, and PAVLOVA's image in connection with the advertising, promotion and marketing of the sale of Agnona Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/agnona (see Exhibits "1" through "43").

485.    VOGUE employed TAYLOR's and XU's image in connection with the advertising, promotion and marketing of the sale of Missoni Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/missoni (see Exhibits "1" through "43").

56

486.    VOGUE employed TAYLOR's and CABE's image in connection with the advertising, promotion and marketing of the sale of Philosophy di Lorenzo Serafini Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/philosophy (see Exhibits "1" through "43").

487.    VOGUE employed AYERDI's image in connection with the advertising, promotion and marketing of the sale of Dolce & Gabbana Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.vogue.com/fashion-shows/spring-2020-ready-to-wear/dolce-gabbana (see Exhibits "1" through "43").

488.    In addition to the URLs identified above, VOGUE employed the plaintiff(s)' images at additional URL's within the specific respective runway show image galleries for each respective runway show (see Exhibits "1" through "43").

489.    Upon information and belief, VOGUE and MODA entered into a business agreement, whereby VOGUE would publish on its website vogue.com, marketing, promotional, and/or advertising content for the benefit of MODA.

490.    Upon information and belief, MODA facilitated, encouraged, requested, and/or participated in VOGUE's uses of the complained of marketing, promotional and/or advertising content in connection with VOGUE's publication of Plaintiff(s)' images as complained of herein.

491.    Upon information and belief, the advertising, promotional and/or commercial uses of Plaintiff(s)' images by VOGUE as complained of herein are also uses by MODA by virtue of the business agreement between VOGUE and MODA.

492.    MODA employed A.C. MONTERO's, YAI's, WALTON's, TAYLOR's, CHRISTENSEN's, HE's, MARTINEZ', L. MONTERO's, FORREST's, and ABDI's image in connection with the advertising, promotion and marketing of the sale of Michael Kors Spring 2020

Ready to Wear apparel and products by MODA including without limitation at https://www.modaoperandi.com/michael-kors-collection-

ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

ybyTtCI7OzcOA7WFXFwyFg&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogu

e&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-ybyTtCI7OzcOA7WFXFwyFg

(see Exhibits "1" through "43").

493.    MODA employed CHAMPION's, ARREBOLA's, MARTINEZ', L. MONTERO's, HOEVELAKEN's, and MARCONI's image in connection with the advertising, promotion and marketing of the sale of Gabriela Hearst 2020  Ready To Wear apparel and products by MODA including         without         limitation         at         https://www.modaoperandi.com/gabriela-hearst-

ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

2O.vfqy0z35DgKjB2f9_ew&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue&

utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-2O.vfqy0z35DgKjB2f9_ew    (see

Exhibits "1" through "43").

494.    MODA employed CHAMPION's, CHRISTENSEN's, and L. MONTERO's image in connection with the advertising, promotion and marketing of the sale of Helmut Lang Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.modaoperandi.com/helmut-lang-

ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

PfkpqeiCYPUX0nt7U56rGQ&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue

&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-PfkpqeiCYPUX0nt7U56rGQ

(see Exhibits "1" through "43").

495.    MODA employed CHAMPION's, HALBERT's, CABE's, MARTINEZ', L. MONTERO's, HOEVELAKEN's, and EIRUD's image in connection with the advertising,

promotion and marketing of the sale of Khaite Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.modaoperandi.com/khaite-ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-SFygWGGNsby.rdejL8SxwA&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-SFygWGGNsby.rdejL8SxwA (see Exhibits "1" through "43").

496.    MODA employed CHAMPION's, YAI's, WALTON's, ROBINSON's, TAYLOR's, and HOEVELAKEN's image in connection with the advertising, promotion and marketing of the sale of Proenza Schouler Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.modaoperandi.com/proenza-schouler-ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-s5QTJaCPa5sK6YoQFVqTtg&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-s5QTJaCPa5sK6YoQFVqTtg (see Exhibits "1" through "43").

497.    MODA employed CHAMPION's, YAI's, and TAYLOR's image in connection with the advertising, promotion and marketing of the sale of Tory Burch Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.modaoperandi.com/tory-burch-ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-uyzIj6TsmpcL6hvnbkqFGQ&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-uyzIj6TsmpcL6hvnbkqFGQ (see Exhibits "1" through "43").

498.    MODA employed CHAMPION's and CABE's image in connection with the advertising, promotion and marketing of the sale of Zimmerman Spring 2020 Ready to Wear

apparel and products by MODA including without limitation at
https://www.modaoperandi.com/zimmermann-

ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

.jE1uld1gCb_uTzt_5rhZQ&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue&ut

m_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-.jE1uld1gCb_uTzt_5rhZQ (see

Exhibits "1" through "43").

499. MODA employed YAI's, ARREBOLA's, HE's, MARTINEZ', L. MONTERO's,
and HOEVELAKEN's image in connection with the advertising, promotion and marketing of the
sale of Carolina Herrera Spring 2020 Ready to Wear apparel and products by MODA including
without limitation at https://www.modaoperandi.com/carolina-herrera-

ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

kUtwfY1Ca1CkCf6dlWPv8Q&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue

&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-kUtwfY1Ca1CkCf6dlWPv8Q

(see Exhibits "1" through "43").

500. MODA employed YAI's, WALTON's, HILL's, HARTZEL's, MARTINEZ',
GONZALEZ', and URUSHADZE's image in connection with the advertising, promotion and
marketing of the sale of Marc Jacobs Spring 2020 Ready to Wear apparel and products by MODA
including without limitation at https://www.modaoperandi.com/marc-jacobs-

ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

7eCucGRrDVRTC5a3XoWNzA&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vog

ue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-

7eCucGRrDVRTC5a3XoWNzA (see Exhibits "1" through "43").

501. MODA employed A.C. MONTERO's, PADILLA's, MARTINEZ' and L.
MONTERO's image in connection with the advertising, promotion and marketing of the sale of

Oscar De La Renta Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.modaoperandi.com/oscar-de-la-renta-ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-gJ.L.gLnZhod6hXhnjJZKQ&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-gJ.L.gLnZhod6hXhnjJZKQ    (see Exhibits "1" through "43").

502.    MODA employed HALBERT's, TAYLOR's, ABIORO's, and CABE's image in connection with the advertising, promotion and marketing of the sale of Brandon Maxwell Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.modaoperandi.com/brandon-maxwell-ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-mRvDWCX7sH9WOTeuYKpeYw&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-mRvDWCX7sH9WOTeuYKpeYw (see Exhibits "1" through "43").

503.    MODA employed STODDART's, MEDINA's, and MARCONI's image in connection with the advertising, promotion and marketing of the sale of 3.1 Phillip Lim Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.modaoperandi.com/3-1-phillip-lim-ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-CufoYwpHvImPneP7p4.krA&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-CufoYwpHvImPneP7p4.krA (see Exhibits "1" through "43").

504.    MODA employed OLIVEIRA's and MARCONI's image in connection with the advertising, promotion and marketing of the sale of Ulla Johnson Spring 2020 Ready to Wear

apparel    and    products    by    MODA    including    without    limitation    at
https://www.modaoperandi.com/ulla-johnson-

ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

REyTCVbrqMijsI62Xdqw3A&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue

&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-REyTCVbrqMijsI62Xdqw3A

(see Exhibits "1" through "43").

505.    MODA    employed    HARRIS'    and    EIRUD's    image    in    connection    with    the
advertising, promotion and marketing of the sale of The Row Spring 2020 Ready to Wear apparel
and products by MODA including without limitation at https://www.modaoperandi.com/the-row-

ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

bxmZUYMc5oZVQsi4EMzOMw&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vo

gue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-

bxmZUYMc5oZVQsi4EMzOMw (see Exhibits "1" through "43").

506.    MODA    employed    A.C.    MONTERO's    and    HE's    image    in    connection    with    the
advertising, promotion and marketing of the sale of Sies Marjan Spring 2020 Ready to Wear
apparel    and    products    by    MODA    including    without    limitation    at
https://www.modaoperandi.com/sies-marjan-

ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

2ozNnHv45IBd5Ea08hpsUw&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue

&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-2ozNnHv45IBd5Ea08hpsUw

(see Exhibits "1" through "43").

507.    MODA    employed    DELOZIER's    image    in    connection    with    the    advertising,
promotion and marketing of the sale of Staud Spring 2020 Ready to Wear apparel and products by
MODA    including    without    limitation    at    https://www.modaoperandi.com/staud-ss20-

2?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

QzCcjtW8FOcsWpHSWpmp3w&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vog

ue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-

QzCcjtW8FOcsWpHSWpmp3w (see Exhibits "1" through "43").

508.    MODA employed MILOQUI's image in connection with the advertising,
promotion and marketing of the sale of Ann Demeulemeester Spring 2020 Ready to Wear apparel
and products by MODA including without limitation at https://www.modaoperandi.com/ann-
demeulemeester-ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-
WP92XqAa4p5aGi5FfZatOg&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue
&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-WP92XqAa4p5aGi5FfZatOg
(see Exhibits "1" through "43").

509.    MODA employed YAI's, ROBINSON's, TAYLOR's, and HOEVELAKEN's
image in connection with the advertising, promotion and marketing of the sale of Loewe Spring
2020 Ready to Wear apparel and products by MODA including without limitation at
https://www.modaoperandi.com/loewe-
ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-
FuLk08EDnkMmAKjqh.ADsA&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogu
e&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-
FuLk08EDnkMmAKjqh.ADsA (see Exhibits "1" through "43").

510.    MODA employed HOEVELAKEN's and FORREST's image in connection with
the advertising, promotion and marketing of the sale of Paco Robanne Spring 2020 Ready to Wear
apparel and products by MODA including without limitation at
https://www.modaoperandi.com/paco-rabanne-
ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

15am6bbo7i2pAxXi9QgCIQ&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue

&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-15am6bbo7i2pAxXi9QgCIQ

(see Exhibits "1" through "43").

511.    MODA employed YAI's, ARREBOLA's, MARTINEZ', L. MONTERO's,

HOEVELAKEN's,  and FORREST's image in connection with the advertising, promotion and

marketing of the sale of Valentino Spring 2020 Ready to Wear apparel and products by MODA

including        without        limitation        at        https://www.modaoperandi.com/valentino-

ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

sA_HLkM3pF2t30m3ycnxJg&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue

&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-sA_HLkM3pF2t30m3ycnxJg

(see Exhibits "1" through "43").

512.    MODA employed MARCONI's image in connection with the advertising,

promotion and marketing of the sale of Andrew Gn Spring 2020 Ready to Wear apparel and

products by MODA including without limitation at https://www.modaoperandi.com/andrew-gn-

ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

5TYLEdJmODifuBiP1jRGpA&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue

&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-5TYLEdJmODifuBiP1jRGpA

(see Exhibits "1" through "43").

513.    MODA employed CABE's, FORREST's, and ABDI's image in connection with the

advertising, promotion and marketing of the sale of Lanvin Spring 2020 Ready to Wear apparel

and products by MODA including without limitation at https://www.modaoperandi.com/lanvin-

ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

MS.lZOxvyxd71WEqH8VYYw&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vog

ue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-

MS.lZOxvyxd71WEqH8VYYw (see Exhibits "1" through "43").

514.    MODA employed TAYLOR's, CABE's, MARTINEZ', and L. MONTERO's image in connection with the advertising, promotion and marketing of the sale of Isabel Marant Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.modaoperandi.com/isabel-marant-

ss20?utm_source=affiliate&utm_medium=voguerunway&utm_campaign=conversion_ss20ts&utm _content=isabelmarant (see Exhibits "1" through "43").

515.    MODA employed GRENVILLE's and CABE's image in connection with the advertising, promotion and marketing of the sale of Off White Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.modaoperandi.com/off-white-c-o-virgil-abloh-ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-l2tGFPHEMOyapcsYVDsi.A&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue &utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-l2tGFPHEMOyapcsYVDsi.A (see Exhibits "1" through "43").

516.    MODA employed MARTINEZ' image in connection with the advertising, promotion and marketing of the sale of Giambattista Valli Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.modaoperandi.com/giambattista-valli-ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-QvJrrZik233u6JRdNWCxjQ&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue& utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-QvJrrZik233u6JRdNWCxjQ   (see Exhibits "1" through "43").

517.    MODA employed AYERDI's image in connection with the advertising, promotion and marketing of the sale of Balmain Spring 2020 Ready to Wear apparel and products by MODA

including       without       limitation       at       https://www.modaoperandi.com/balmain-

ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

.PJyus47waMpVfycWPdXDw&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue

&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-.PJyus47waMpVfycWPdXDw

(see Exhibits "1" through "43").

518.    MODA employed HILL's and HE's image in connection with the advertising,

promotion and marketing of the sale of Richard Quinn Spring 2020 Ready to Wear apparel and

products by MODA including without limitation at https://www.modaoperandi.com/richard-quinn-

ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

7vPYvf5kkyqPWxnGNFSiaA&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue

&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-7vPYvf5kkyqPWxnGNFSiaA

(see Exhibits "1" through "43").

519.    MODA employed ARREBOLA's and HARRIS' image in connection with the

advertising, promotion and marketing of the sale of Victoria Beckham Spring 2020 Ready to Wear

apparel       and       products       by       MODA       including       without       limitation       at

https://www.modaoperandi.com/victoria-beckham-

ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

kEPGAQEbbAVz5g9nEBDt8g&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogu

e&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-kEPGAQEbbAVz5g9nEBDt8g

(see Exhibits "1" through "43").

520.    MODA employed ROBINSON's and HOEVELAKEN's image in connection with

the advertising, promotion and marketing of the sale of JW Anderson Spring 2020 Ready to Wear

apparel       and       products       by       MODA       including       without       limitation       at

https://www.modaoperandi.com/jw-anderson-

ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

bzV7BnH.MFnKDKtOcTxuNQ&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vog

ue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-

bzV7BnH.MFnKDKtOcTxuNQ (see Exhibits "1" through "43").

521.    MODA employed PADILLA's, GUNN's, and VAN ERP's image in connection
with the advertising, promotion and marketing of the sale of Christopher Kane Spring 2020 Ready
to    Wear    apparel    and    products    by    MODA    including    without    limitation    at
https://www.modaoperandi.com/christopher-kane-

ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

BIW2dT1o9uuL30932GnoSA&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue

&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-BIW2dT1o9uuL30932GnoSA

(see Exhibits "1" through "43").

522.    MODA employed ARRINGTON's, PADILLA's, BOLT's, and VAN ERP's image
in connection with the advertising, promotion and marketing of the sale of David Koma Spring
2020 Ready to Wear apparel and products by MODA including without limitation at
https://www.modaoperandi.com/david-koma-

ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

x1eFwNfkkQKn7uATfY2xSQ&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue

&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-x1eFwNfkkQKn7uATfY2xSQ

(see Exhibits "1" through "43").

523.    MODA employed GUNN's and XU's image in connection with the advertising,
promotion and marketing of the sale of Emilia Wickstead Spring 2020 Ready to Wear apparel and
products    by    MODA    including    without    limitation    at    https://www.modaoperandi.com/emilia-
wickstead-ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

nkAaL_767AbLvRYEQhgu3g&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue

&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-nkAaL_767AbLvRYEQhgu3g

(see Exhibits "1" through "43").

524.    MODA employed BOLT's and EIRUD's image in connection with the advertising,

promotion and marketing of the sale of Molly Goddard Spring 2020 Ready to Wear apparel and

products by MODA including without limitation at https://www.modaoperandi.com/molly-

goddard?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

zDY7LW1AD.HrgJy4cqv6Ow&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogu

e&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-zDY7LW1AD.HrgJy4cqv6Ow

(see Exhibits "1" through "43").

525.    MODA employed XU's image in connection with the advertising, promotion and

marketing of the sale of Roksanda Spring 2020 Ready to Wear apparel and products by MODA

including        without        limitation        at        https://www.modaoperandi.com/roksanda-

ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

Si.BvROOeEIN3JmgIoDAMA&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogu

e&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-Si.BvROOeEIN3JmgIoDAMA

(see Exhibits "1" through "43").

526.    MODA employed LI's and EIRUD's image in connection with the advertising,

promotion and marketing of the sale of N˚21 Spring 2020 Ready to Wear apparel and products by

MODA        including        without        limitation        at        https://www.modaoperandi.com/n-21-

ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-

5k.jbOVZV8fjjZP1LdvaFw&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue&

utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-5k.jbOVZV8fjjZP1LdvaFw    (see

Exhibits "1" through "43").

527.    MODA employed LI's image in connection with the advertising, promotion and marketing of the sale of Peter Pilotto Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.modaoperandi.com/peter-pilotto-ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-LYczmSXQVIgYB92EanQ3FQ&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-LYczmSXQVIgYB92EanQ3FQ (see Exhibits "1" through "43").

528.    MODA employed ARREBOLA's, CABE's, and HARTZEL's image in connection with the advertising, promotion and marketing of the sale of Moschino Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.modaoperandi.com/moschino-ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-oYcUtL9_c4b466CHcVy9qw&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-oYcUtL9_c4b466CHcVy9qw (see Exhibits "1" through "43").

529.    MODA employed WALTON's, TAYLOR's, and FORREST's image in connection with the advertising, promotion and marketing of the sale of Salvatore Ferragamo Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.modaoperandi.com/salvatore-ferragamo-ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-zyCRdq6P1uHhtDsBwMW_qQ&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-zyCRdq6P1uHhtDsBwMW_qQ (see Exhibits "1" through "43").

530.    MODA employed A.C. MONTERO's, YAI's, WALTON's, ARREBOLA's, HARTZEL's, HE's, MARTINEZ', and FORREST's image in connection with the advertising, promotion and marketing of the sale of Versace Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.modaoperandi.com/versace-ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-gXGP2Q0EruqWsFor_AXP8w&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-gXGP2Q0EruqWsFor_AXP8w (see Exhibits "1" through "43").

531.    MODA employed CHAMPION's, YAI's, TAYLOR's, CABE's, MARTINEZ', and EIRUD's image in connection with the advertising, promotion and marketing of the sale of Etro Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.modaoperandi.com/etro-ss20-3?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-YqK5rsraIJC.oL7YfVojDw&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-YqK5rsraIJC.oL7YfVojDw    (see Exhibits "1" through "43").

532.    MODA employed CHAMPION's, A.C. MONTERO's, YAI's, TAYLOR's, and CABE's image in connection with the advertising, promotion and marketing of the sale of Alberta Ferretti Spring 2020 Ready to Wear apparel and products by MODA including without limitation at                                        https://www.modaoperandi.com/alberta-ferretti-ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-6xBiFzV9i08.SiLpanGqtw&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-6xBiFzV9i08.SiLpanGqtw        (see Exhibits "1" through "43").

533.    MODA employed MILOQUI's, MARCONI's, EIRUD's, and PAVLOVA's image in connection with the advertising, promotion and marketing of the sale of Jil Sander Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.modaoperandi.com/jil-sander-ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-Tho26gQpngmgrdK2PqvuPw&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-Tho26gQpngmgrdK2PqvuPw (see Exhibits "1" through "43").

534.    MODA employed PAVLOVA's image in connection with the advertising, promotion and marketing of the sale of Agnona Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.modaoperandi.com/agnona-ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-VW36f.HDvRRLzFEG6XFVYg&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-VW36f.HDvRRLzFEG6XFVYg (see Exhibits "1" through "43").

535.    MODA employed TAYLOR's and XU's image in connection with the advertising, promotion and marketing of the sale of Missoni Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.modaoperandi.com/missoni-ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-nP3hlvkK1tibQ5C5IiqIXA&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-nP3hlvkK1tibQ5C5IiqIXA    (see Exhibits "1" through "43").

536.    MODA employed TAYLOR's and CABE's image in connection with the advertising, promotion and marketing of the sale of Philosophy di Lorenzo Serafini Spring 2020

Ready to Wear apparel and products by MODA including without limitation at https://www.modaoperandi.com/philosophy-di-lorenzo-serafini-ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-18Ex9RA9jm8gN.eDfncQ9Q&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-18Ex9RA9jm8gN.eDfncQ9Q (see Exhibits "1" through "43").

537.    MODA employed AYERDI's image in connection with the advertising, promotion and marketing of the sale of Dolce & Gabbana Spring 2020 Ready to Wear apparel and products by MODA including without limitation at https://www.modaoperandi.com/dolce-gabbana-ss20?ranMID=37385&ranEAID=3556869&ranSiteID=0c5b5rpoqTU-s8ltMkR7Mb64hdMOtFGcPQ&mid=37385&utm_source=rakuten_affiliate&utm_medium=Vogue&utm_campaign=conversion&utm_term=&siteID=0c5b5rpoqTU-s8ltMkR7Mb64hdMOtFGcPQ (see Exhibits "1" through "43").

538.    In addition to the URLs identified above, MODA employed the plaintiff(s)' images at additional URL's for the specific "Look" and "Item" advertised (a list of some of such URLs and the items advertised on same is annexed hereto at Exhibit "44").

539.    Upon information and belief, MODA published Plaintiff(s)' image(s) and likeness(es) on MODA's Pinterest page in order to promote MODA.

540.    Upon information and belief, MODA published Plaintiff(s)' image(s) and likeness(es) on MODA's Pinterest page in order to promote the sale of goods by MODA.

541.    That the use of each of plaintiff(s)' image(s) and likeness(es) as complained of herein trades on Plaintiff(s)' image(s) and likeness(es) to brand MODA.

542.    That the use of each of plaintiff(s)' image(s) and likeness(es) as complained of herein trades on plaintiff(s) image(s) and likeness(es) to market and promote the sale of products on the MODA website.

543.    Each of the uses of PLAINTIFFS' respective images and likenesses by DEFENDANTS, or one or more of them, as complained of herein, were for trade, advertising and commercial purposes.

544.    That none the PLAINTIFFS, nor their agent, authorized VOGUE to use any of their respective names, images, or likenesses to market, promote or advertise MODA or the sale of products by MODA.

545.    That none the PLAINTIFFS, nor their agent, authorized MODA to use any of their respective names, images, or likenesses to market, promote or advertise MODA, or the sale of products by MODA.

546.    That none the PLAINTIFFS, nor their agent, authorized MODA to use any of their respective names, images, or likenesses for trade, advertising, or commercial purposes of any kind.

547.    PLAINTIFFS never consented to endorse, promote, advertise or otherwise be associated with the brand MODA.

548.    PLAINTIFFS never consented to endorse, promote, advertise or otherwise be associated with MODA's sale of products.

549.    MODA lacks a released signed by any of the PLAINTIFFS, or anyone with legal authority on their behalf, for the use of any of PLAINTIFFS' names, images, or likenesses to be used by MODA as complained of herein.

550.    VOGUE lacks a released signed by any of the PLAINTIFFS, or anyone with legal authority on their behalf, for the use of any of PLAINTIFFS' names, images, or likenesses to be used by VOGUE as complained of herein.

551.    MODA lacks a released signed by any of the PLAINTIFFS, or anyone with legal authority on their behalf, for the use of any of PLAINTIFFS' names, images, or likenesses to be used by MODA for trade, advertising, or commercial purposes of any kind.

552.    DEFENDANT(S) did not obtain the requisite written consent of the PLAINTIFF(S), or anyone with legal authority on their behalf, prior to DEFENDANT(S)' uses of PLAINTIFF(S)' images as complained of herein.

553.    That each of the complained of uses of PLAINTIFFS' respective images, and likenesses by DEFENDANT(S) were calculated and intended to, and in fact did, bestow upon DEFENDANT(S) an economic advantage by *inter alia*, promoting and generating sales of products.

554.    MODA further benefited by implying to its consumers and members that it had secured the rights use the image, and/or likeness of PLAINTIFF(S).

555.    MODA further benefited by implying to its consumers and members that it had secured the rights to associate itself with PLAINTIFF(S).

556.    That the unauthorized use of each of PLAINTIFFS' image, likeness and/or name by DEFENDANT(S) occurred in the State of New York, other states in the United States and elsewhere where its consumers are located.

### ADDITIONAL FACTS RELEVENT TO ALL CLAIMS

557.    Plaintiffs by counsel issued and delivered a notice and demand letter to MODA dated April 20, 2020 (hereinafter the "MODA Notice Letter", a copy of which is annexed hereto at Exhibit "45", sans its exhibits, most of which are elsewhere annexed hereto).

558.    Plaintiffs by counsel issued and delivered a notice and demand letter to VOGUE dated April 20, 2020 (hereinafter the "VOGUE Notice Letter", a copy of which is annexed hereto at Exhibit "46", sans its exhibits, most of which are elsewhere annexed hereto).

74

559. The MODA Notice Letter informed MODA of the unauthorized uses of Plaintiff(s)' images, likenesses and/or names, and demanded, inter alia, that they cease and desist all such uses of same and provide plaintiff with information regarding such uses so that Plaintiffs could in good faith formulate a reasonable settlement demand to compensate them for the unauthorized uses, without the need for judicial intervention.

560. On or about April 28, 2020, MODA, via its general counsel, one Samira Shah, Esq., acknowledged receipt of the MODA Notice Letter, but refused to provide any of the requested information and refused to engage in any discussions with plaintiff(s)' counsel.

561. In early August 2020, plaintiffs, via their counsel, learned that MODA had retained outside counsel for the within matter, to wit, the law firm of Frankfurt Kurnit Klein & Seltz PC.

562. On August 10, 2020, Plaintiffs, via their counsel, discussed the matter with MODA's counsel, Mr. Edward H. Rosenthal of Frankfurt Kurnit Klein & Selz PC, but the parties were unable to reach a resolution of the matter.

563. Subsequent the MODA Notice Letter, MODA was aware, and fully knowledgeable, that its use of PLAINTIFFS' images and likenesses were in violation of state and/or federal law.

564. Upon information and belief, at some point prior to the MODA Notice Letter, MODA cropped, altered, and otherwise modified some of Plaintiff(s)' images in an effort to avoid and circumvent the New York Civil Rights Law sections 50, 51 and The Lanham Act.

565. That such unauthorized cropping and mutilation of the PLAINTIFF(s)' images and likenesses demonstrate knowing use and consciousness of liability under State & Federal Statutes.

566. MODA altered, mutilated and radically changed such public images of PLAINTIFFS in a cynical effort to avoid liability under state and federal law, and with full knowledge that it had not sought or obtained permission from any of the PLAINTIFFS, or their authorized agent, to mutilate such images.

567.    At no time did MODA seek the permission or consent from any of the PLAINTIFFS, nor their authorized agent, to alter any of the PLAINTIFFS' images and likenesses.

568.    As of this writing, several of the complained of uses by MODA of Plaintiff(s)' images and likenesses **remain online on the modaoperandi.com website** (copies of such ongoing uses are annexed hereto at Exhibit "47").

569.    MODA has continued to display, post notice, each of CHAMPION's, A.C. MONTERO's, YAI's, TAYLOR's, and CABE's images in connection with the promotion, marketing and advertising of Alberta Ferretti items for sale by MODA (see Exhibit "47").

570.    MODA has continued to display, post notice, MARCONI's image in connection with the promotion, marketing and advertising of Andrew GN items for sale by MODA (see Exhibit "47").

571.    MODA has continued to display, post notice, TAYLOR's image in connection with the promotion, marketing and advertising of Brandon Maxwell items for sale by MODA (see Exhibit "47").

572.    MODA has continued to display, post notice, PADILLA's image in connection with the promotion, marketing and advertising of Christopher Kane items for sale by MODA (see Exhibit "47").

573.    MODA has continued to display, post notice, each of CHAMPION's, YAI's, TAYLOR's, CABE's, MARTINEZ', and EIRUD's images in connection with the promotion, marketing and advertising of Etro items for sale by MODA (see Exhibit "47").

574.    MODA has continued to display, post notice, each of CHAMPION's, L. MONTERO's, HOEVELAKEN's, and MARCONI's images in connection with the promotion, marketing and advertising of Gabriela Hearst items for sale by MODA (see Exhibit "47").

575.    MODA has continued to display, post notice, each of MARCONI's, and EIRUD's images in connection with the promotion, marketing and advertising of Jil Sander items for sale by MODA (see Exhibit "47").

576.    MODA has continued to display, post notice, each of MARTINEZ', L. MONTERO's, and HOEVELAKEN's images in connection with the promotion, marketing and advertising of Khaite items for sale by MODA (see Exhibit "47").

577.    MODA has continued to display, post notice, each of YAI's, TAYLOR's, L. MONTERO's, FORREST's, and ABDI's images in connection with the promotion, marketing and advertising of Michael Kors items for sale by MODA (see Exhibit "47").

578.    MODA has continued to display, post notice, each of A.C. MONTERO's, PADILLA's, MARTINEZ', and L. MONTERO's images in connection with the promotion, marketing and advertising of Oscar de la Renta items for sale by MODA (see Exhibit "47").

579.    MODA has continued to display, post notice, WALTON's image in connection with the promotion, marketing and advertising of Proenza Schouler items for sale by MODA (see Exhibit "47").

580.    MODA has continued to display, post notice, each of YAI's, HOEVELAKEN's, and FORREST's images in connection with the promotion, marketing and advertising of Valentino items for sale by MODA (see Exhibit "47").

581.    **Subsequent to MODA's receipt of the MODA Notice Letter, MODA has made new unauthorized uses of some of Plaintiff(s)' images** (copies of some of such uses are annexed hereto at Exhibit "47").

582.    On or about August 25, 2020, MODA posted to its Instagram page an image of GONZALEZ promoting the sale of Peter Do items from MODA (a copy of such use is annexed hereto at Exhibit "47").

583.    On or about July 24, 2020, MODA posted to its Instagram page an image of CABE promoting the sale of Jacquemus items from MODA (a copy of such use is annexed hereto at Exhibit "47").

584.    On or about July 31, 2020, MODA posted to its Instagram page an image of YAI promoting the sale of Prada items from MODA (a copy of such use is annexed hereto at Exhibit "47").

585.    That such post-notice uses of PLAINTIFFS' images and likenesses in the stream of commerce constitute knowing uses of same.

586.    PLAINTIFFS' images and likenesses remain in the stream of commerce.

587.    The VOGUE Notice Letter informed VOGUE of the unauthorized uses of Plaintiff(s)' images, likenesses and/or names, and demanded, inter alia, that they cease and desist all such uses of same and provide plaintiff with information regarding such uses so that Plaintiffs could in good faith formulate a reasonable settlement demand to compensate them for the unauthorized uses, without the need for judicial intervention.

588.    On or about May 1, 2020, VOGUE, via its counsel, Ms. Patricia A. Clark, Esq., acknowledged receipt of the VOGUE Notice Letter and engaged in some discussion with Plaintiffs' counsel regarding the matter.

589.    As previously discussed between counsel for Plaintiffs and counsel for VOGUE, in an effort to engage in meaningful settlement discussions, plaintiffs' counsel sent to VOGUE's counsel a confidentiality agreement in early June 2020.

590.    Notwithstanding, Plaintiffs' counsel did not hear from VOGUE's counsel from June 9, 2020 to August 4, 2020.

591.    In August 2020, plaintiffs, via their counsel, and VOGUE, via its counsel, entered into a confidentiality agreement so that Vogue could provide certain pre-suit disclosures on a confidential basis and for settlement purposes.

592.    As of this writing, Plaintiff(s)' counsel has yet to receive any "Confidential" disclosures from VOGUE but remains ready to consider same if and when they are provided.

593.    Plaintiffs, via their counsel, have sought to obviate the need for judicial intervention.

594.    The parties have been unable to resolve the matter.

595.    Defendants have no defenses at law to the claims set forth herein.

596.    Each of PLAINTIFFS' livelihood is based upon their respective image, persona, face and physical attributes and how such images may serve to promote or advertise the sale of products or services.

597.    Upon information and belief defendant(s) are sophisticated licensors and licensees of intellectual property and know that it must obtain the rights to intellectual property created by third parties *and* the models depicted in said works prior to its commercial, promotional or advertising use of same.

598.    At all times relevant herein, DEFENDANT(s) were aware, and fully knowledgeable, that its use of PLAINTIFFS' images and likenesses were in violation of state and/or federal law.

599.    DEFENDANTS knew or should have known and been familiar with the applicable laws and statutes at issue herein.

600.    Upon information and belief, DEFENDANT(S) failed to adhere to the procedures and protocols necessary for it to obtain the rights to use any of PLAINTIFFS', images, likenesses, and/or names prior to its use of same.

601.     The DEFENDANT(S) have commercially benefited from its uses of the PLAINTIFFS' images, likenesses, and/or names.

602.     DEFENDANTS have failed to provide any compensation to any of PLAINTIFFS for DEFENDANTS' uses of PLAINTIFFS' respective images, and/or likenesses.

603.     The full nature and extent of all unauthorized uses of PLAINTIFFS' images, likenesses, and/or names are unknown to PLAINTIFFS as of this writing, said information being within the sole knowledge, custody, and control of DEFENDANT(s).

604.     That such details and information are expected to be ascertained through discovery in this action.

605.     Pursuant to Federal Rule 11, PLAINTIFFS have sought to obviate judicial intervention and filing of suit.

606.     The DEFENDANTS have no defenses at law to the claims set forth herein.

607.     Upon information and belief, neither DEFENDANT is in possession of any exculpatory documents although same have been duly demanded from them.

608.     Paragraphs "1" through "607" are incorporated by reference with respect to each of the below claims for relief.

## JURY DEMAND

609.     The plaintiffs request a trial by jury on all issues.

## AS AND FOR A FIRST CLAIM FOR RELIEF
### VIOLATIONS OF NEW YORK CIVIL RIGHTS LAW §50 and §51
### AS ALLEGED BY ALL PLAINTIFFS AGAINST EACH OF DEFENDANTS

610.     That each PLAINTIFF has a separate claim for relief against each defendant under The New York Civil Rights Law, Sections 50, 51.

611.    That the New York Civil Rights Law § 50 and 51 specifically proscribe the use of an individual's name, portrait or picture for trade or advertising purposes, without the prior written consent of said individual.

612.    The New York Civil Rights Law § 51 provides *inter alia*, that compensatory and exemplary damages are recoverable thereunder.

613.    Section 50 of the New York Civil Rights Law evidences a strong public policy against such unauthorized use, defining any such offense as a *misdemeanor.*

614.    Section 51 of the New York Civil Rights Law enumerates civil remedies available thereunder including but not limited to money damages in the form of compensatory and/or exemplary damages and injunctive relief.

615.    Defendant(s)' uses of each of the PLAINTIFF(S)' image(s), likeness(es), and/or name(s), are in direct violation of the New York Civil Rights Law § 50, 51 as there existed/exists no executed written consent to the specific uses complained of herein.

616.    Defendant(s)' uses of PLAINTIFF(s)' images, likenesses and/or names, are in direct violation of the New York Civil Rights Law § 50, 51 as defendant(s) failed to possess an executed written consent prior to any use by defendant(s) of the PLAINTIFF(s)' image(s), likeness(es), and/or name(s).

617.    That defendant(s) had actual knowledge that it had no authorization, consent or license from the PLAINTIFF(S) to use their respective image(s), likeness(es), and/or name(s) for trade or advertising purposes.

618.    Notwithstanding such knowledge, Defendant(s) employed PLAINTIFF(S)' respective image(s), likeness(es) and/or name(s), knowingly, in violation of law.

619.    As a result of the foregoing and pursuant to said statutes, PLAINTIFF(S) have been damaged and are entitled to relief as per statute in the forms of compensatory damages, in a sum to

be determined by this Court, plus punitive or exemplary damages in a sum ultimately to be

determined by this Court, and costs and disbursements incurred by plaintiff(s) in the prosecution of

this action, together with an Order from this Court permanently restraining the defendant(s) herein

from utilizing the name, image or likeness of the PLAINTIFF(S) for any trade or advertising

purposes.

**AS AND FOR A SECOND CLAIM FOR RELIEF**
**VIOLATION OF §43(a) OF THE LANHAM ACT (15 U.S.C. 1125)**
**AS ALLEGED BY ALL PLAINTIFFS AGAINST EACH OF DEFENDANTS**

620.    That each PLAINTIFF has a separate claim for relief against defendant(s) under

The Lanham Act.

621.    That as set forth herein, each of PLAINTIFF(s)' images, likenesses, persona and/or

names have been used extensively and employed in international advertising campaigns for well-

known products and marks.

622.    Each of PLAINTIFF(s) are recognizable to the general public in *at least* the United

States.

623.    Each of PLAINTIFF(s) are recognizable to the typical consumer of Vogue.com.

624.    Each of PLAINTIFF(s) are recognizable to the typical consumer of Vogue.com's

runway show galleries and pages as referenced herein.

625.    Each of PLAINTIFF(s) are recognizable to the typical consumer of MODA.

626.    Each of PLAINTIFF(s) are recognizable to the typical consumer of MODA's

apparel that appears to be the brand and style of apparel as what was worn by PLAINTIFF(s) on

the runway.

627.    VOGUE's uses of PLAINTIFF(S)' names, images, likenesses and/or persona were aimed at MODA's consumers and potential consumers in connection with MODA's products and services.

628.    MODA'S uses of PLAINTIFF(S)' names, images, likenesses and/or persona were aimed at its consumers and potential consumers in connection with MODA's products and services.

629.    Each of PLAINTIFF(S)' names, images, likenesses and personas have been employed in advertisements and/or editorials published by Vogue.com.

630.    Each of PLAINTIFF(S)' names, images, likenesses and personas have been employed in massive ad campaigns seen in the same geographic areas as MODA's advertising and uses of PLAINTIFF(S)' names, images, likenesses and persona as complained of herein.

631.    That the persons viewing the DEFENDANT(S)' uses of PLAINTIFF(S)' images, likeness, personas and/or names, are persons who are well aware of PLAINTIFF(S)' images, likenesses, personas and/or names, and to whom PLAINTIFF(s)' image(s) and name(s) are recognizable.

632.    That defendant(s) intentionally traded on PLAINTIFF(S)' fame and notoriety.

633.    That as a result of defendant(s)' unauthorized uses of PLAINTIFF(S)' image(s), likeness(es), persona(s), and/or name(s), PLAINTIFF(S) are made to appear as if they endorse MODA and its products.

634.    THAT many, if not all, of PLAINTIFFS have entered into and do enter into agreements from time to time for the use of their image in advertisements with competitors of some of the brands for products sold on the MODA website and with which MODA has associated PLAINTIFFS' image(s), likeness(es), persona(s), and/or name(s).

635.    While plaintiff(s) consented to walk in the runways for the respective runway shows referenced herein, such limited consent does not extend to advertising, promotional or marketing uses, nor does it extend to either of defendant(s).

636.    That such unauthorized, false, and misleading association is harmful to PLAINTIFF(S).

637.    That such apparent, but false, endorsement is harmful to PLAINTIFF(S).

638.    That none of PLAINTIFFS have endorsed MODA, and any representations of same are utterly false and misleading.

639.    That defendant(s) have used, in connection with PLAINTIFF(S)' image(s), likeness(es), persona(s), and/or name(s) the MODA name and logo, each of which falsely and/or misleadingly represents that PLAINTIFF(s) and MODA have a brand partnership and/or business relationship.

640.    That the hereinabove stated uses of PLAINTIFF(S)' image(s), likeness(es), persona(s), and/or name(s) have expressly, implicitly, and/or negligently created a false impression of endorsement by PLAINTIFF(s) for MODA's consumer goods and services.

641.    That defendants have caused PLAINTIFF(S) to be falsely associated with MODA's brand.

642.    That defendants have caused PLAINTIFF(S) to be falsely associated with the sale of MODA's products.

643.    That the general public is likely to be, and has been, deceived and/or confused into thinking that products offered for sale by MODA that are the subject herein were sponsored by, or associated with one or more of PLAINTIFF(s).

644.    That the general public is likely to be, and has been, deceived and/or confused into thinking that PLAINTIFF(s) have provided their respective sponsorship or approval to the goods offered for sale by MODA.

645.    That the general public is likely to be, and has been, deceived and/or confused into thinking that PLAINTIFF(s) have provided their respective sponsorship or approval to the services offered by MODA.

646.    That the general public is likely to be, and has been, deceived and/or confused into thinking that PLAINTIFF(s) have provided their respective sponsorship or approval of MODA.

647.    That the general public is likely to be, and has been, deceived and/or confused into thinking that each of PLAINTIFF(s) and MODA have a business arrangement and/or branding agreement with each other.

648.    Each of PLAINTIFF(S) has been injured as a result of defendant(s)' unauthorized use(s) of plaintiff(s)' image(s), likeness(es), persona(s) and/or name(s).

649.    That, the use of PLAINTIFF(S)' image(s), likeness(es), persona(s), and/or name(s), in connection with commercial advertising or promotion, misrepresents the nature, characteristics, qualities or geographic origin of MODA's goods and services.

650.    That disinterested third parties may have relied on such misrepresentation in seeking to purchase products from MODA.

651.    That the foregoing false endorsements constitute violations of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

652.    As a result of the foregoing and pursuant to said statutes, PLAINTIFF(S) have been damaged and are entitled to relief as per statute under 15 U.S.C. §1117 and in the forms of compensatory damages, in a sum to be determined by this Court, inclusive of defendant's profits, any damages sustained by the PLAINTIFF(S), costs and disbursements incurred by

PLAINTIFF(S) in the prosecution of this action, the reasonable attorneys' fees incurred by PLAINTIFF(S) in the prosecution of this action, together with an Order from this Court pursuant to 15 U.S.C. §1116 permanently restraining the defendant(s) herein from utilizing the name, image, likenesses or persona of each of the respective PLAINTIFF(s) for commercial purposes absent possession of a signed, written model release prior to any such use.

   **WHEREFORE**, PLAINTIFFS demands judgment against the defendant as follows:

   **ON THE FIRST CLAIM FOR RELIEF** – an award of an amount ultimately to be determined by the court, inclusive of an award of compensatory damages, and exemplary damages with interest thereon, costs and disbursements, and a permanent injunction;

   **ON THE SECOND CLAIM FOR RELIEF**– an award of an amount ultimately to be determined by the court, inclusive of an award of compensatory damages pursuant to 15 U.S.C. §1117(a) in the form of defendant's profits, the damages sustained by the plaintiffs, the costs and disbursements, as well as the reasonable attorney's fees pursuant, and a permanent injunction pursuant to 15 U.S.C. §1116;

   And an Order of injunction permanently enjoining and prohibiting defendant, including but not limited to wholly owned subsidiaries, from employing or utilizing in any manner or media whatsoever, including all future uses, sales, transfers, assignments, or licensing of any and all of products, advertisements, or any other publication, bearing the name, portrait, photograph, image likeness, or persona of each of PLAINTIFFS, pursuant to The New York Civil Rights Law § 51, and/or The Lanham Act, 15 U.S.C. 1116;

   An award of attorneys' fees, costs and expenses associated with the prosecution of this matter;

   And such other and further relief as this Court may deem just and proper.

Dated: New York, New York

September 4, 2020

EDWARD C. GREENBERG, LLC


_s/Edward C. Greenberg (EG 5553)_____
By: Edward C. Greenberg, Esq. (EG 5553)
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
Tel: (212) 697-8777
Fax: (212) 697-2528
*Attorneys for Plaintiffs*