UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ABBY CHAMPION, ALANNA ARRINGTON,
AMBAR CRISTAL ZARZUELA MONTERO,
ANNA CLEVELAND, ANOK YAI, et al.,

                  Plaintiffs,

    -against-

MODA OPERANDI, INC., ADVANCE
PUBLICATIONS, INC. d/b/a CONDE NAST,
ADVANCE MAGAZINE PUBLISHERS, INC. d/b/a
CONDE NAST,

                  Defendants.
-------------------------------------------------------------------X

Case No. 20-cv-07255 (LAK)

**NOTICE OF DEFENDANT MODA OPERANDI, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

PLEASE TAKE NOTICE that, upon this Notice of Motion, together with the supporting Memorandum of Law, Defendant Moda Operandi, Inc. will move this court, before the Honorable Lewis A. Kaplan, at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl St., New York, NY 10007-1312, in Courtroom 21B, at a date and time to be determined by the Court, for an order dismissing Plaintiffs' claims in the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       January 15, 2021

                        FRANKFURT KURNIT KLEIN & SELZ, P.C.

                        By:   /s/ Edward H. Rosenthal
                             Edward H. Rosenthal
                             Kimberly M. Maynard
                       28 Liberty Street, 35th Floor
                       New York, New York 10005
                       Tel: (212) 980-0120
                       Fax: (347) 438-2114

                       *Attorneys for Defendant Moda Operandi, Inc.*