UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ABBY CHAMPION, et al,

               Plaintiffs,

  -against-

MODA OPERANDI, INC., ADVANCE
PUBLICATIONS, INC. d/b/a CONDE NAST,
ADVANCE MAGAZINE PUBLISHERS, INC. d/b/a
CONDE NAST,

               Defendants.
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2022

20 Civ. 07255 (CM)

**STIPULATION AND
ORDER DISMISSING
CLAIMS**

**WHEREAS**, on September 4, 2020, Plaintiffs, including João Knorr ("Knorr") and Cara Taylor ("Taylor"), filed a Complaint (the "Complaint") against the above-named Defendants ("Defendants"), alleging claims pursuant to the New York Civil Rights Law, §§ 50 and 51, and § 43 of the Lanham Act (15 U.S.C. § 1125); and

**WHEREAS**, the Court dismissed Knorr and Taylor's claims under 15 U.S.C. § 1125 against all defendants in its September 22, 2021 Order on Defendants' Motions to Dismiss (the "September 22, 2021 Order"); and

**WHEREAS**, Plaintiffs do not allege in the Complaint that photographs of Knorr and Taylor appear on defendant Moda Operandi, Inc's website and, in the September 22, 2021 Order, the Court took note of the same;

**WHEREAS**, for the avoidance of doubt, the within stipulation does not affect Knorr and Taylor's remaining claim under New York Civil Rights Law §§ 50 and 51 against defendants Advance Publications Inc. d/b/a Conde Nast and Advance Magazine Publishers, In. d/b/a Conde Nast;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the undersigned parties, that the claims by Plaintiffs João Knorr and Cara Taylor, pursuant to Sections 50 and 51 of New York's Civil Rights Law, against Defendant Moda Operandi, Inc. are hereby dismissed with prejudice and without costs or fees to any party.

Dated: New York, New York
       January ٦, 2022

1

| | |
|---|---|
| EDWARD C. GREENBERG, LLC | FRANKFURT KURNIT KLEIN & SELZ, P.C. |
| *(signature)* | *(signature)* Ed H. Rosenthal |
| Edward C. Greenberg, Esq.<br>Tamara Fitzgerald, Esq.<br>10 City Place, Suite 19C<br>White Plains, New York 10601<br>Tel: (914) 831-3344<br>ecglaw@gmail.com | Edward H. Rosenthal, Esq.<br>Kimberly Maynard Esq.<br>Elizabeth Tuttle Newman, Esq.<br>28 Liberty Street<br>New York, New York 10005<br>Tel: (212) 980-0120<br>erosenthal@fkks.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Moda Operandi, Inc.* |

SO ORDERED:

*(signature)*

Hon. Colleen McMahon, U.S.D.J.

1-13-2022

1