UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
ABBY CHAMPION, et al.,  :
                                Plaintiffs,  :   1:20-CV-07255-CM
:
               - against -  :   **NOTICE OF MOTION FOR**
:   **JUDGMENT ON THE**
MODA OPERANDI, INC., ADVANCE  :   **PLEADINGS PURSUANT TO FED.**
PUBLICATIONS, INC. d/b/a CONDE NAST,  :   **R. CIV. P. 12(c)**
ADVANCE MAGAZINE PUBLISHERS, INC.,  :
d/b/a CONDE NAST,  :
:
                              Defendants.  :
---------------------------------------------------------------- x

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, and the prior pleadings, declarations and record in this action, Advance Publications, Inc. d/b/a Conde Nast, and Advance Magazine Publishers, Inc. d/b/a Conde Nast (collectively Conde Nast), by and through their undersigned counsel, will move this Court before the Honorable Colleen McMahon at the United States Courthouse for the Southern District of New York, 500 Pearl St., New York, NY 10007, at a time and date to be determined by the Court, for an order granting Conde Nast's motion for judgment on the pleadings on Conde Nast's counterclaim and Plaintiff's state law claim, pursuant to Federal Rules of Civil Procedure 12(c), and granting such other and further relief as the Court may deem just and proper..

Dated:  New York, NY
         January 21, 2022

                                                Respectfully submitted,

                                                DAVIS WRIGHT TREMAINE LLC

                                                */s/ Elizabeth A. McNamara*
                                                Elizabeth A. McNamara
                                                Adam I. Rich
                                                DAVIS WRIGHT TREMAINE LLP
                                                1251 Avenue of the Americas, 21st Floor
                                                New York, NY 10020
                                                Telephone: (212) 489-8230

Email:  lizmcnamara@dwt.com
adamrich@dwt.com

*Attorneys for Advance Publication, Inc. d/b/a Conde Nast and Advance Magazine Publishers, Inc., d/b/a Conde Nast*