UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ABBY CHAMPION, et al,

               Plaintiffs,

    -against-

MODA OPERANDI, INC., ADVANCE PUBLICATIONS, INC. d/b/a CONDE NAST, ADVANCE MAGAZINE PUBLISHERS, INC. d/b/a CONDE NAST,

               Defendants.
------------------------------------------------------------------X

20 Civ. 07255 (CM)

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that effective May 13, 2022, I will no longer be associated with the law firm Frankfurt Kurnit Klein & Selz, P.C., attorneys for Defendant Moda Operandi, Inc. ("Moda") in the above-captioned proceeding and hereby withdraw my appearance for Defendant Moda. Frankfurt Kurnit Klein & Selz, P.C. will continue to serve as counsel of record for Defendant Moda, and copies of all notices, pleadings and other documents served or filed in this action should be served on Frankfurt Kurnit Klein & Selz, P.C.

Dated: New York, New York
       May 2, 2022

                                 FRANKFURT KURNIT KLEIN & SELZ, P.C.

                                 By:   */s/ Elizabeth Tuttle Newman*
                                         Elizabeth Tuttle Newman

                                 28 Liberty Street, 35th Floor
                                 New York, New York 10005
                                 Tel: (212) 980-0120
                                 Fax: (347) 438-2114

                                 *Attorneys for Defendant Moda Operandi, Inc.*