UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ABBY CHAMPION, et al.,

        Plaintiffs,

  - against -

MODA OPERANDI, INC., ADVANCE
PUBLICATIONS, INC. d/b/a CONDE NAST,
ADVANCE MAGAZINE PUBLISHERS, INC.
d/b/a CONDE NAST,

        Defendants.

------------------------------------------------------------x

1:20-CV-07255-CM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

SDNY
 MENT
 TRONICALLY FILED
 #: _____
 FILED: 7/11/2022

    This stipulation is entered into by and between the undersigned counsel for Plaintiffs Abby Champion; Anna Cleveland; Brionka Halbert; Brooke Robinson; Callum Stoddart; Claire Delozier; Cynthia Arrebola; Emily Rebecca Hill P/K/A Emi Red; Georgina Grenville; Hiandra Martinez ; Jal Bui; Kristin Lilja Sigurdardottir P/K/A Kristin Lilja; Lucia Lopez Ayerdi P/K/A Lucia Lopez; Manuela Miloqui P/K/A Manu Miloqui; Maria Vitoria Silva De Oliveira P/K/A Maria Vitoria; Mariam Urushadze P/K/A Marisha Urushadze; Maud Hoevelaken; Maya Gunn; Myrthe Bolt; Rachelle Harris; Rocio Marconi; Sara Eirud; Selena Forrest; Shuping Li; Tang He; Xiaoqian Xu; Alanna Arrington; Ambar Cristal Zarzuela Montero; Anok Yai; Blanca Padilla; Cara Taylor; Damien Medina; Dylan Christensen; Eniola Abioro; Grace Elizabeth Harry Cabe P/K/A Grace Elizabeth; Grace Hartzel; João Knorr; Leona Walton P/K/A Binx Walton; Lineisy Montero; Luisana Gonzalez; Vera Van Erp; and Ugbad Abdi P/K/A Ugbad (collectively, "Plaintiffs"); and Defendants Advance Publications, Inc. d/b/a Conde Nast, Advance Magazine Publishers, Inc. d/b/a Conde Nast (collectively, "Conde Nast") (together with Plaintiffs, the "Parties").

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate and agree that:

1. The remaining claims by Plaintiffs, pursuant to New York Civil Rights Law §§ 50 and 51 against Conde Nast are hereby dismissed with prejudice and without costs or fees to any party; and

2. Conde Nast's counterclaims pursuant to New York Civil Rights Law Sections 70-a(1) and 76-a are hereby dismissed with prejudice without costs or fees to any party.

Dated: July 7, 2022

EDWARD C. GREENBERG, LLC

_/s/ Edward C. Greenberg_

Edward C. Greenberg, Esq.
10 City Place, Suite 19C
White Plains, New York 10601
Tel: (914) 831-3344
ecglaw@gmail.com

*Attorneys for Plaintiffs*

437 Madison Ave
c/o Breitman
24th Fl. NYC 10022
ecglaw@gmail.com
(646) 431 8026

DAVIS WRIGHT TREMAINE LLP

_/s/ Elizabeth A. McNamara_

Elizabeth A. McNamara
Adam I. Rich
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Fl.
New York, NY 10020
Tel. 212-489-8340
lizmcnamara@dwt.com
adamrich@dwt.com

*Attorneys for Defendants Advance Publications, Inc. d/b/a Conde Nast, Advance Magazine Publishers, Inc. d/b/a Conde Nast*

---

7/11/2022

This is, as I understand it, a partial dismissal — not against Moda, only Conde Nast. It thus 2requires court approval. I approve it.

Colleen McMahon
USDJ